Aug.22. 2005 11:57AM   COMPLIANCE SOFTWARE SOLUTIONS                    No.0320   P. 1
Case 1:07-cv-06752   Document 1-2   Filed 11/30/2007   Page 1 of 5

JUDGE MANNING
MAGISTRATE JUDGE NOLAN

**07 C 6752**



107665337

# FORM TX
### For a Literary Work
### UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX   TXU

EFFECTIVE DATE OF REGISTRATION

Month____ Day____ Year____

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1
**TITLE OF THIS WORK ▼**
Environmental Monitoring Software System

**PREVIOUS OR ALTERNATIVE TITLES ▼**
None

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

## 2
**a** NAME OF AUTHOR ▼
James T. Radigan

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1952

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
    { Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire computer program ~~including text of screen displays~~ and User's Manual

**b** NAME OF AUTHOR ▼
Timothy P. Joyce

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1970

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
    { Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire computer program ~~including text of screen displays~~ and User's Manual

**c** NAME OF AUTHOR ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

## 3
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given ONLY if this work has been published.
1998 ◀ Year   in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information   Month ▶ _____ Day ▶ _____ Year ▶ _____   ◀ Nation

## 4
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

James T. Radigan
23118 W. Bagpipe Ct
Hawthorn Woods, IL 60047

Timothy P. Joyce
~~449 W Wisconsin #3~~ Lincoln
Chicago, IL 60614

APPLICATION RECEIVED
JUN 07 1999
ONE DEPOSIT RECEIVED
JUN 07 1999
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ____ page

EXAMINED BY _____                                    FORM TX

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ _____  Year of Registration ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

   a ☐ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

James T. Radigan
23118 W. Bagpipe Ct
Hawthorn Woods, IL 60047

Area Code and Telephone Number ▶ 847-540-8031

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                     ☐ author
           Check only one ▶          ☐ other copyright claimant
                                     ☐ owner of exclusive right(s)
                                     ☐ authorized agent of _____
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**10**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
James T. Radigan                                              date ▶ 11-24-99

Handwritten signature (X) ▼
_James T. Radigan_ (signature)

MAIL CERTIFICATE TO

Name ▼
James T. Radigan

Number/Street/Apartment Number ▼
23118 W. Bagpipe Ct

City/State/ZIP ▼
Hawthorn Woods, IL 60047

Certificate will be mailed in window envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

January 1995—400,000    ⓟ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/34

Fees are effective through June 30, 2002.
After that date, check the Copyright Office
Website at www.loc.gov/copyright or call
(202) 707-3000 for current fee information.





**FORM CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX / **TXU** / PA / PAU / VA / VAU / SR / SRU / RE

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

JAN    07    2002
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**
Title of Work ▼ Environmental Monitoring Software System

Registration Number of the Basic Registration ▼ TXu-915-175
Year of Basic Registration ▼ 1999

Name(s) of Author(s) ▼
James T. Radigan
Timothy P. Joyce

Name(s) of Copyright Claimant(s) ▼
James T. Radigan
Timothy P. Joyce

**B**
Location and Nature of Incorrect Information In Basic Registration ▼
Line Number  2 + 4   Line Heading or Description  2) Name of Author   4) Copyright Claimant

Incorrect Information as It Appears In Basic Registration ▼
2a  James T. Radigan       4  James T. Radigan
2b  Timothy P. Joyce          Timothy P. Joyce

Corrected Information ▼
2+4 Compliance Software Solutions Corporation

Explanation of Correction ▼
The original Form TX was submitted with the incorrect information.

**C**
Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number _____  Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶  • Complete all applicable spaces (D-G) on the reverse side of this page.
                • See detailed instructions.    • Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of ____ pages

FORM CA RECEIVED

JAN 07 2002

FUNDS RECEIVED DATE

EXAMINED BY

CORRESPONDENCE ☐

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION    ☐ YES    ☐ NO

FORM CA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of:  ☑ Part B   or   ☐ Part C

> The development of the software was done as a "work for hire" for Compliance Software Solutions Corp. The software was prepared as a "work for hire" by James T. Radigan and Timothy P. Joyce.

**Correspondence:** Give name and address to which correspondence about this application should be sent.

George Levinson
Compliance Software Solutions Corp.
750 Bunker Court, Suite 200
Vernon Hills, IL 60061

Phone (847) 362-0425   Fax (847) 362-5019   Email glevinson@csoftsol.com

**Deposit Account:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____
Account Number _____

**Certification*** I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ duly authorized agent of  Compliance Software Solutions Corp.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  George Levinson         Date ▼ 1/4/02

Handwritten signature (X) ▼  *George M. Levinson*

Certificate will be mailed in window envelope to this address:

Name ▼ Compliance Software Solutions Corp.
Number/Street/Apt ▼ 750 Bunker Ct. Suite 200
City/State/ZIP ▼ Vernon Hills, IL 60061

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space F
**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the fee for filing Form CA is $65.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

February 2000—40,000
WEB REV: June 1999      PRINTED ON RECYCLED PAPER      ☆U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/107



# Search Records Results

Documents Database (Title Search)
**Search For:** MAIN/ENVIRONMENTAL MONITORING SOFTWARE SYSTEM
**Items 1 - 4 of 4**
For a list of commonly used abbreviations that appear in the catalog record, click here.

[Conduct Another Search]

|  |  |
|---|---|
| Item 1 OF 4 | V3500 P991 (COHD) |
| Date Recorded: | 12May03 |
| Date Executed: | as of 31Dec01; date of cert.: 29Apr03 |
| Party 1: | James T. Radigan. |
| Party 2: | Compliance Software Solutions Corporation. |
| Document Location: | (V3500 D991 P1) |
| Item 2 OF 4 | V3500 P991 (COHD)TITLE: Environmental monitoring software syste 915-175. |
| Item 3 OF 4 | V3505 P175 (COHD) |
| Date Recorded: | 9Dec03 |
| Date Executed: | no date given; date of cert.: 4Dec03 |
| Party 1: | Timothy P. Joyce. |
| Party 2: | Compliance Software Solutions Corporation. |
| Document Location: | (V3505 D175 P1) |
| Item 4 OF 4 | V3505 P175 (COHD)TITLE: Environmental monitoring software syste 915-175. |

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave, S.E.
Washington, D.C. 20559-6000
(202) 707-3000