**FILED** LAL

SEP - 6 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07 C 6752

JUDGE MANNING
MAGISTRATE JUDGE NOLAN

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| COMPLIANCE SOFTWARE SOLUTIONS, CORPORATION, | ) ) ) | **05C 5116** |
| Plaintiff, | ) ) | Case No.:     JUDGE COAR |
| vs. | ) ) | **JURY TRIAL REQUESTED** |
| IMCLONE SYSTEMS, INC., and THE SYCAMORE GROUP, INC. | ) ) | MAGISTRATE JUDGE LEVIN |
| Defendants. | ) ) ) | |

## COMPLAINT

Plaintiff Compliance Software Solutions Corporation ("CSSC"), by and through its

attorneys, for its Complaint against Defendants ImClone Systems, Inc. ("ImClone") and The

Sycamore Group Inc. ("TSG") alleges as follows:

### PARTIES

1.    Plaintiff CSSC is an Illinois Corporation with its principal place of business at

100 Lexington Drive, Suite 210, Buffalo Grove, Illinois 60089.  CSSC creates unique software

used to monitor high-tech production and laboratory facilities to ensure that such facilities

comply with pertinent regulations.

2.    Defendant ImClone is a Delaware Corporation with a principal place of business

at 33 ImClone Drive, Branchburg, New Jersey 08876.  ImClone is a biotechnology firm that uses

CSSC's software to monitor its facilities.

3.    Defendant TSG is a Pennsylvania Corporation with a principal place of business

at 580 Virginia Drive, Suite 100, Fort Washington, Pennsylvania 19034.  TSG is a consultancy

hired by ImClone to modify CSSC's existing software for use by ImClone.

## JURISDICTION AND VENUE

4.     This action arises under the copyright laws of the United States, 17 U.S.C. § 101 et. seq. and the laws of the State of Illinois.

5.     This Court has subject matter jurisdiction pursuant to the laws of the United States governing actions related to copyright, 28 U.S.C. §§ 1331 and 1338. This Court also has diversity jurisdiction pursuant to 28 U.S.C. § 1332; the amount in dispute exceeds $75,000.00.

6.     This Court has supplemental subject matter jurisdiction pursuant to 28 U.S.C. § 1367 and the doctrine of pendent jurisdiction.

7.     This Court has personal jurisdiction over ImClone because ImClone transacts business within the State of Illinois (including this judicial district), ImClone committed a tortious act within the State of Illinois (infringing CSSC's copyright) and/or ImClone breached at least one agreement subject to the laws of the State of Illinois (ImClone's software license with CSSC).

8.     This Court has personal jurisdiction over TSG because, on information and belief, TSG transacts business within the State of Illinois (including this judicial district). TSG also committed a tortious act within the State of Illinois (infringing CSSC's copyright).

9.     Venue in this judicial district is proper under 28 U.S.C. § 1391(a)(2), 1391(b)(2) and 1400(a).

## CSSC'S COPYRIGHTED EMSS SOFTWARE

10.     CSSC owns all right, title and interest in the copyright to its Environmental Monitoring Software System ("EMSS") software.

11.     Users of CSSC's copyrighted EMSS software include firms in the pharmaceutical, biotechnology, medical device, food, and cosmetic industries. CSSC's EMSS

software is designed to assess and to document these firms' facility operations, collect microbial and/or particulate counts, and to analyze and to trend the data to ensure that the environmental control systems are operating as intended.

12.    EMSS is CSSC's core application.  It took several years to design and to develop the EMSS software before it was placed into beta testing.  From January 1999 until October 1999 the EMSS software was refined, tested, and validated.  Then, it was introduced at the Parenteral Drug Association's ("PDA") Annual Meeting in December 1999.  CSSC's EMSS software application was developed to meet the guidelines established by the PDA's Technical Report 13, Fundamentals of an Environmental Monitoring Program.

13.  CSSC has licensed users of its EMSS software in the United States, Puerto Rico, and Europe.  Several of CSSC's users date back to the initial introduction of the software in 1999.  Those licensed users have successfully validated the EMSS software application and have deemed it to meet their requirements for 21 CFR Part 11.

14.    A number of CSSC's licensees, including ImClone, have audited CSSC and its EMSS software.  A number of third party validation companies have also audited CSSC's EMSS software.  All of these audits and validations have been positive for CSSC.

15.    CSSC registered its copyright on June 7, 1999.  See Ex. A, Copyright Registration.

16.    CSSC properly marks its software to give notice to the public of its copyright.  ImClone and TSG knew, at all times pertinent to this action, that CSSC's software was subject to federal copyright law.

3

## BREACH AND TERMINATION OF CSSC'S LICENSE TO IMCLONE

17.     ImClone, without authorization, provided TSG with one or more copies of CSSC's EMSS software. TSG, with ImClone's knowledge, reverse engineered CSSC's EMSS software. TSG and ImClone were and are in the process of creating another software program that is specifically based on CSSC's EMSS software. See Ex. B, TSG-ImClone Work Plan.

18.     According to ImClone's license with CSSC, ImClone "acknowledges that the Software in source code form remains a confidential trade secret of CSSC." Ex. C, License Agreement for CSSC's EMSS Software at ¶ 3. ImClone also agreed that it would not "reverse engineer, decompile, or disassemble the Software, or make any attempt to discover the source code to the Software...." Id. ImClone likewise agreed not to use, modify or enhance the Software. Id. Further, ImClone agreed not to "create derivative works from or based on the Software." Id.

19.     CSSC retained the right to terminate its license with ImClone, if ImClone failed to comply with any term of the agreement.

20.     ImClone failed to comply with at least those terms indicated in ¶ 18 above. ImClone breached its license with CSSC.

21.     ImClone acknowledged to CSSC that it had problems with CSSC's copyright and license in May 2005. CSSC took this acknowledgement as a sign that ImClone would rectify its mistake and compensate CSSC for its infringement of CSSC's copyright and for its breach of the CSSC license.

22.     ImClone and TSG knew, or should have known, that CSSC's software was protected by copyright law and also subject to ImClone's license from CSSC.

4

23.    CSSC subsequently terminated its license to ImClone.  See Ex. D, Termination

Letter.

24.    According to ImClone's license with CSSC, ImClone "agree[s] to destroy the

Software" upon termination of its license.

## IMCLONE AND TSG'S COPYRIGHT INFRINGEMENT AND DISREGARD FOR CSSC' INTELLECTUAL PROPERTY RIGHTS[1]

25.    ImClone and TSG made unauthorized copies of CSSC's EMSS software.

26.    ImClone and TSG made unauthorized derivative works from and/or based on

CSSC's EMSS software.

27.    ImClone and TSG knew that their copying and making of derivative works was

not authorized by CSSC.

28.    ImClone and TSG's conduct was willful.

## PRAYER FOR RELIEF

Plaintiff CSSC respectfully requests judgment against the Defendants ImClone and TSG

and entry of a final order including the following:

A.    Findings of fact and conclusions of law establishing that Defendants ImClone and

TSG infringed CSSC's copyright and that ImClone breached its license agreement with CSSC;

B.    A preliminary and permanent injunction prohibiting Defendants ImClone and

TSG from further infringement of CSSC's copyright, requiring Defendants ImClone and TSG to

destroy all copies of CSSC's software and prohibiting Defendants ImClone and TSG from

creating any derivative works of CSSC's software;

C.    Monetary compensation sufficient to compensate CSSC for its damages;

D.    Costs and attorney fees;

---

[1] On May 4, 2004, The Massachusetts Institute of Technology and Repligen Corp. sued ImClone for patent infringement in Massachusetts as case number 04-10884.

E.    Such further relief as the Court may deem just and appropriate.

## JURY DEMAND

Pursuant to the Seventh Amendment to the Constitution of the United States and

Fed.R.Civ.P. 38, CSSC requests trial by jury.


Date:    September 6, 2005                    Respectfully submitted,

                                              /s/ Geoffrey A. Baker

                                              Geoffrey A. Baker
                                              Illinois Bar No. 6236658
                                              Anthony E. Dowell
                                              Illinois Bar No. 6224825
                                              DOWELL BAKER, P.C.
                                              229 Randolph Street
                                              Oak Park, IL 60302
                                              (708) 660-1413
                                              (312) 873-4466 (facsimile)

                                              **Attorneys for Plaintiff**
                                              **Compliance Software Solutions Corp.**

# Exhibit A

# FORM TX
**For a Literary Work**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER



107665337

|  | TX | TXU |
|---|---|---|

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Environmental Monitoring Software System

**PREVIOUS OR ALTERNATIVE TITLES ▼**
None

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ _____ Number ▼ _____ Issue Date ▼ _____ On Pages ▼ _____

## 2

**a**  **NAME OF AUTHOR ▼**
James T. Radigan

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1952   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ▶ Citizen of ▶ United States
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire computer program including ~~text of screen displays~~ and user's Manual

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  **NAME OF AUTHOR ▼**
Timothy P. Joyce

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1970   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ▶ Citizen of ▶ United States
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire computer program including ~~text of screen displays~~ and user's Manual

**c**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ▶ Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given   ◀Year in all cases.
1998

**b**  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information ONLY if this work has been published.
Month ▶ _____ Day ▶ _____ Year ▶ _____ ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
James T. Radigan
23118 W. Bagpipe Ct
Hawthorn Woods, IL 60047

& Timothy P. Joyce
Lincoln, 449 W. Wisconsin #3N Chicago, IL 60614

**APPLICATION RECEIVED**
JUN 07 1999
**ONE DEPOSIT RECEIVED**
JUN 07 1999
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of _____ page

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ | CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**7**

—space deleted—

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**  A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                              Account Number ▼

**9**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼

James T. Radigan
23118 W. Bagpipe Ct
Hawthorn Woods, IL  60047

Area Code and Telephone Number ▶  847 - 540 - 8031

Be sure to give your daytime phone number

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

James T. Radigan                              date ▶  11-24-98

Handwritten signature (X) ▼  James T. Radigan

**10**

**MAIL CERTIFICATE TO**

Name ▼
James T. Radigan

Number/Street/Apartment Number ▼
23118 W. Bagpipe Ct

City/State/ZIP ▼
Hawthorn Woods, IL 60047

Certificate will be mailed in window envelope

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**11**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

January 1996 — 400,000 ♻ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1996-387-237/34

Fees are effective through June 30, 2002.
After that date, check the Copyright Office
Website at **www.loc.gov/copyright** or call
(202) 707-3000 for current fee information.

# FORM CA
**For Supplementary Registration**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER



124270991

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|----|----|----|----|----|----|----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

JAN 07 2002

Month          Day          Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## A

Title of Work ▼  *Environmental Monitoring Software System*

Registration Number of the Basic Registration ▼  *TXu - 915-175*

Year of Basic Registration ▼  *1999*

Name(s) of Author(s) ▼  *James T. Radigan* / *Timothy P. Joyce*

Name(s) of Copyright Claimant(s) ▼  *James T. Radigan* / *Timothy P. Joyce*

## B

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number  *2 + 4*   Line Heading or Description  *2) Name of Author  4) Copyright Claimant*

Incorrect Information as it Appears in Basic Registration ▼

*2a James T. Radigan    4 James T. Radigan*
*2b Timothy P. Joyce       Timothy P. Joyce*

Corrected Information ▼

*2+4 Compliance Software Solutions Corporation*

Explanation of Correction ▼

*The original Form TX was submitted with the incorrect information.*

## C

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number ............................  Line Heading or Description .................

Amplified Information and Explanation of Information ▼

FORM CA RECEIVED

JAN 07 2002

FUNDS RECEIVED DATE

EXAMINED BY

CORRESPONDENCE ☐

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION   ☐ YES   ☐ NO

**FORM CA**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B or ☐ Part C

**D**

The development of the software was done as a "work for hire" for Compliance Software Solutions Corp. The software was prepared as a "work for hire" by James T. Radigan and Timothy P. Joyce.

**E**

Correspondence: Give name and address to which correspondence about this application should be sent.

George Levinson
Compliance Software Solutions Corp.
750 Bunker Court  Suite 200
Vernon Hills, IL 60061
Phone (847) 362-6425   Fax (847) 362-5019   Email glevinson@csoftsol.com

Deposit Account  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of  Compliance Software Solutions Corp.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**F**

Typed or printed name ▼  George Levinson                    Date ▼  1/4/02

Handwritten signature (X) ▼  George M. Levinson

**G**

Certificate will be mailed in window envelope to this address:

Name ▼  Compliance Software Solutions Corp.

Number/Street/Apt ▼  750 Bunker Ct. Suite 200

City/State/ZIP ▼  Vernon Hills, IL 60061

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the fee for filing Form CA is $95.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

February 2000—40,000
WEB REV: June 1999

PRINTED ON RECYCLED PAPER

☆U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/##7

# Exhibit B

## Core Requirements, Comparison to MDA-EM

| ImClone Business Requirement | Phase I | MDA-EM |
|---|---|---|
| Authentication – Logon | X | X |
| Scheduling | X | X |
|     Lay out work schedule | X | X |
|     Schedule specific technicians on shift/date | X | X |
|     Track samples collection progress<br>    Limits notifications, current assignments | X | X |
| Samples Collection & Testing | X | X |
|     Water & Steam Tests<br>       –   Clean Steam (QCM-GN-0004)<br>       –   WFI (QCM-GN-0005)<br>       –   Purified Water (QCM-GN-0003)<br>    Scan the site to display the Sample<br>    Print bar coded labels for bottles and the 7 types of tests with<br>    date & time stamp, tester, etc. to EMSS | Phase II | X |
|     Rodac - Personnel, Surface & Swab | Phase II | X |
|     Particle Counter | Phase II | X |
|     SMA Microbial | Phase II | X |
|     Exposure Plate | Phase II | X |
|     No Test functionality | Phase II | X |
|     Notes for Sample, Surveys, etc. | Future | X |
| Notifications (dashboard) | X | X |
| Severability | X | X |
| Logoff | | |
| | | |
| Water & Steam Tests | X | X |
| Display Schedules assigned to Tester | X | X |
| View Notes assigned to Schedule | X | X |
| Select Sample Test to be performed (Site Code entry/scan) | X | X |
| View Notes assigned to Sample Test | X | X |
| Print Bar Coded Label(s) associated with the Sample Test,<br>Reprint, and Note associated with the Print Label function | Phase II | X |
| Enter Test Results | Phase II | X |
| Enter Feedback Notes for Test Results | X | X |
| Submit Sample Test data to the backend database | X | X |
| Submit Electronic Signatures | | |

## Functional Requirements: Phase I

Purpose: Print bar code labels for Sites and record the Technician ID, date & time for Samples on EMSS.  Provide Scheduling for Samples.

| Req # | Functional Requirement |
|---|---|
| 1.0 | By Site, |
| 1.1 | - Scan the site bar code label |
| 1.2 | - Display list of samples to be collected |
| 1.3 | - Print bar coded labels for water sample collection bottles, uniquely identifying each sample, and printing the date, time, technician and sample ID on the label. |
| 1.4 | - Print all labels for the site at the same time. |
| 1.5 | - For each label, allow entry of a Note. |
| 1.6 | - Allow for reprint of each label individually, and entry of a Note, associated with the reprint. (The Note will document retest, damaged label, etc.). |
| 1.7 | - For each site, allow entry of a Note. |
| 1.8 | By Survey, or group of sites, allow multiple technicians to print labels. |
| 1.9 | For test results dependent on incubation, scan the Sample ID and Equipment ID on placement into the incubator, and scan the Sample ID and Equipment ID on removal, for the date and time stamp associated with results entry |
| 1.10 | Provide a rudimentary scheduling mechanism: |
| 1.11 | - On 5/6/2005, immediate need for PQ (30 days) for validation<br>- For WFI every sample, every day<br>- Other than WFI, according to scheduling |
| 1.12 | - Post-PQ, routine scheduling, allow for groupings by Survey, room/area, with multiple technicians access capability |
| 1.13 | - Allow for scheduling of groupings over variable periods (weekly, monthly, quarterly, etc.) |
| 1.14 | - Implement progress tracking, report on uncompleted tests for system use |
| 1.15 | Provide ESIG functionality<br>Provide for severability |

## Functional Requirements: Phase II

Purpose: Results entry into EMSS for Water & Clean Steam Tests, and inclusion of RODAC, Particle Count, SME and Exposure Plate test surveys labels printing, results entry, and summary reporting.

| Req # | Functional Requirement |
|---|---|
| 2.0 | For the Water Collection Samples installed in Phase 1, By test type, record results: (allow for 7 Types of tests) |
| 2.1 | - For TPC, allow multiple readings for results (day 2 or 3 result + day 5 result) |
| 2.2 | o For On Test, record date, time, technician |
| 2.3 | o For and Actual, record date, time, technician (or indicate same as On Test) |
| 2.4 | o Record the Equipment ID (entry or bar code scan) |
| 2.5 | o Record the reading value. |
| 2.6 | - For END, 24 hours result (printout from plate reader) (<0.03) |
| 2.7 | - For TOC, system suitability alert/action level changes/varies every day |
| 2.8 | o Scan equipment |
| 2.9 | o Enter daily action level (current key in note, shows on first entry) |
| 2.10 | - For CON, 3 stages USP testing (notes = tested temp at 25deg., result is xxx, ph is nnn) |
| 2.11 | o Temp = xx degrees |
| 2.12 | o Result = yyy |
| 2.13 | o PH = zzz. |
| 2.14 | - For Heavy Metals = pass/fail (0/1) |
| 2.15 | - For Nitrates = pass/fail (0/1) |
| 2.16 | - For COLIFORM testing = pass/fail (0/1) (tested on 1 sample - quarterly - 3 sites for BB50) |
| 2.17 | Provide the mechanism for recording multiple results entries for Test Types. |
| 2.18 | Include RODAC, Particulate Count, SME and Exposure Plate test surveys in Scheduling and download to the MDA-EM for labels printing and results entry. |
| 2.19 | Include RODAC, Particulate Count, SME and Exposure Plate test surveys in the grouping mechanisms functionality designed in Phase 1. |
| 2.20 | For RODAC, Particle Count, SME and Exposure Plate test surveys Results Entry requirements, support: Sampling of Surfaces (per QCM-EM-0005 and QCM-EM-0012) Nonviable particulates (per QCM-EM-0010) Viable particulates (per QCM-EM-0011 and QCM-EM-0023) Personnel Dynamic Monitoring (per QCM-EM-0005 and QCM-EM-0012) |
| 2.21 | Provide a review function (a separate tablet/PC application) to: - Display summary and detail for each Sample (package) for all Sites/Samples collected in a timeframe (day, week, month, quarter) - Allow checkbox for reviewed/accepted/verified and signoff, (allow Select All function), and Submit to database (indicating completion) |

## Work Plan, Pricing

### *Project Plan Template*

Taking into account the functional requirements collected by phase, The Sycamore Group has developed a project plan matrix of all tasks and their respective phases to which each task will be performed.

| Process # | Task | PHASE I | PHASE II | Anticipated Phase I Start Date |
|---|---|---|---|---|
| **P1.0** | **Validation Plan approval** | X | X | 3/28 |
| **P2.0** | **Preliminary Acquisition & Installation** | X | | 3/28 |
| P2.1 | MDA-EM | X | | |
| P2.2 | Development Environment and testing system | X | | |
| P2.3 | EMSS (application and data) | X | | |
| **P3.0** | **Requirements Analysis** | X | X | 3/28 |
| P3.1 | Requirements Definition | X | X | |
| P3.2 | Alignment of ImClone Requirements to MDA-EM features and functions | X | X | |
| P3.3 | Define and document the configuration of the system. (Identify all measurable or determinable parameters affecting system performance together with the acceptable values and each critical parameter characteristic). | X | X | |
| P3.4 | Develop traceability matrix to document in which test each requirement is addressed. | X | X | |
| **P4.0** | **Prototyping & Database Design** | X | X | 4/3 |
| P4.1 | Develop illustrations, prototypes | X | X | |
| P4.2 | Develop storyboard | X | X | |
| P4.3 | Develop Use Cases | X | X | |
| P4.4 | Develop Testing Scenarios, Testing Cases | X | X | |
| P4.5 | Reverse Engineer EMSS Database | X | | |
| P4.6 | Design new/additional database requirements | X | X | |
| **P5.0** | **Configuration & Customization** | X | X | 4/11 |
| P5.1 | Implement UI changes | X | X | |
| P5.2 | Implement MDA-EM Schema changes from Prototyping | X | X | |
| P5.3 | Implement Business Logic changes | X | X | |
| P5.4 | Map MDA-EM schema to EMSS schema | X | X | |
| P5.5 | EMSS to MDA-EM database development | X | X | |
| P5.6 | EMSS database migration (users, tests, etc.) | X | X | |
| P5.7 | Integrate with EMSS database | X | X | |
| P5.8 | Unit Test | X | X | |
| P5.9 | Integration Test in Dev Environment | X | X | |
| P5.10 | System Test in Dev Environment | X | X | |
| P5.11 | Document "As-Designed" Specification | X | X | |
| P5.12 | Develop User's Guides | X | X | |
| P5.13 | Develop Training materials | X | X | |

| Process # | Task | PHASE I | PHASE II | Anticipated Phase I Start Date |
|---|---|---|---|---|
| P5.14 | Develop SOPs (Training, Security, Backup / Restore / Archive, Normal Operation, Change Control, Periodic Review, and Disaster Recovery) | X | X | |
| **P6.0** | **Hardware & Software Acquisition** (executed and managed by ImClone) | X | | 3/28 |
| P6.1 | Tablet, Operating System, Database software | X | | |
| P6.2 | Symbol RF transmitter | X | | |
| P6.3 | Bar Code Reader | X | | |
| P6.4 | Printer | X | | |
| P6.5 | Cart | X | | |
| **P7.0** | **IQ, OQ, PQ Development** | X | X | 4/11 |
| P7.1 | Develop IQ Protocol, get approval | X | X | |
| P7.2 | Develop OQ Protocol, get approval | X | X | |
| P7.3 | Develop Regulatory Compliance Assessment for Part 11, get approval | X | | |
| P7.4 | Develop PQ protocol, get approval | X | X | |
| P7.5 | Develop Discrepancy/Variation report | X | X | |
| **P8.0** | **Testing** | X | X | 5/30 |
| P8.1 | Provide testers training | X | X | |
| P8.2 | IQ, document & resolve discrepancies | X | X | |
| P8.3 | OQ, document & resolve discrepancies | X | X | |
| P8.4 | Regulatory Compliance Assessment, Part 11, document & resolve discrepancies | X | | |
| P8.5 | PQ, document & resolve discrepancies | X | X | |
| P8.6 | Review and approve SOPs | X | X | |
| **P9.0** | **Training** | X | X | 6/24 |
| P9.1 | Train ImClone staff | X | X | |
| P9.2 | Document Training | X | X | |
| **P10.0** | **Installation** | X | X | 6/28 |
| P10.1 | Install system into production environment | X | X | |
| P10.2 | Redo PQ, or verify integrity, document & resolve discrepancies (per Testing) | X | X | |
| **P11.0** | **Final validation report** | X | X | 7/5 |
| **P12.0** | **Support** | X | X | 7/8 |

# Exhibit C

License Agreement for COMPLIANCE SOFTWARE SOLUTIONS CORPORATION Environmental Monitoring Software System

---

IMPORTANT-READ CAREFULLY: THIS LICENSE AGREEMENT ("LICENSE AGREEMENT") IS A LEGAL AGREEMENT BETWEEN YOU (EITHER A COMPANY, SINGLE ENTITY OR AN INDIVIDUAL) AND COMPLIANCE SOFTWARE SOLUTIONS CORPORATION ("CSSC"), FOR THE SOFTWARE PRODUCT IDENTIFIED ABOVE ("SOFTWARE"). BY INSTALLING, COPYING OR OTHERWISE USING THE SOFTWARE, YOU ARE AGREEING UNCONDITIONALLY TO BE BOUND BY THE TERMS OF THIS LICENSE AGREEMENT, EVEN IF THIS LICENSE AGREEMENT IS DEEMED A MODIFICATION OF ANY PREVIOUS ARRANGEMENT OR CONTRACT. IF YOU DO NOT AGREE TO THE TERMS OF THIS LICENSE AGREEMENT, CSSC IS UNWILLING TO LICENSE THE SOFTWARE TO YOU. IN SUCH EVENT, YOU MAY NOT USE OR COPY THE SOFTWARE, AND YOU SHOULD PROMPTLY CONTACT CSSC FOR INSTRUCTIONS ON RETURN OF THE UNUSED SOFTWARE FOR A REFUND.

---

**Software License**

The Software is protected by copyright laws and international copyright treaties, as well as other intellectual property laws and treaties. The Software is licensed, not sold.

For purposes of this License Agreement, "Software" includes computer software, the associated media, any printed materials, and any "online" or electronic documentation, including, without limitation, any and all executable files, add-ons, templates, CSSC developed icons and symbols, filters, tutorials, help files and other files, that accompany the CSSC Software identified above or in the accompanying documentation; "Use" means storing, loading (whether into temporary memory (i.e., RAM) or into permanent memory (i.e., hard disk, CD-ROM or other storage device)), installing, executing, or displaying the Software; and "You" means the company, entity or individual whose funds are used to pay the license or who has otherwise acquired the Software.

1. Grant of License. This License Agreement grants you the following rights:

   *Software.* CSSC grants You the non-exclusive, non-sublicensable, limited license to Use no more than five (5) copies of the Software on no more than five (5) computer workstations. If more than five (5) computer workstations are desired you must pay the additional license fee for each workstation per the CSSC fee schedule.

   *Additional Copies.* You may not make additional copies of the Software.

   *Storage/Network Use.* You may not store or install a copy of the computer Software on a storage device, such as a network server, to allow your other computers to use the Software over an internal network, and distribute the Software to your other computers over an internal network. A license for the Software may not be shared or used concurrently on different computers. You shall inform all users of the Software of the terms and conditions of this License Agreement.

2. Ownership

   Title, ownership rights and intellectual property rights in and to the Software shall remain in CSSC and its suppliers, and are protected by US and international copyright laws and international copyright treaties, as well as other intellectual property laws and treaties. There is no transfer to You of any title to or ownership of the Software and the license granted under this License Agreement should not be construed as a sale of any right in the Software. All rights not specifically granted under this License Agreement are reserved by CSSC.

3. Description of Other Rights and Limitations

   *Limitations on Reverse Engineering, Decompilation and Disassembly.* You acknowledge that the Software in source code form remains a confidential trade secret of CSSC and therefore You agree not to reverse engineer, decompile, or disassemble the Software, or make any attempt to discover the source code to the Software, except and only to the extent that such activity is expressly permitted by applicable law notwithstanding this limitation. Except as expressly permitted in this License Agreement, the Software may not be Used, copied, translated, redistributed, retransmitted, published, sold, rented, leased, marketed, sublicensed, pledged, assigned, disposed of, encumbered, transferred, altered, modified or enhanced, whether in whole or part, nor may You create derivative works from or based on the Software. You may not remove any proprietary notices, marks or labels from the Software.

*Separation of Components.* The Software is licensed as a single product. Its component parts may not be separated.

*Rental.* You may not rent or lease the Software.

*Not for Resale and Transfer of Software.* You may not, for value or other consideration, distribute, resell, dispose of, or transfer your rights (including all component parts, the media and printed materials, any upgrades, this License Agreement and, if applicable, the Certificate(s) of Authenticity), under this License Agreement as part of an independent sale or transfer of the computer. If the Software is an upgrade, you may not, for value or other consideration, distribute, resell, dispose of, or transfer your rights (including all component parts, the media and printed materials, any upgrades, this License Agreement and, if applicable, the Certificate(s) of Authenticity), under this License Agreement as part of an independent sale or transfer of the computer.

*Termination.* This License Agreement is in effect until terminated. You may terminate it at any time by destroying the Software. Unauthorized copying or duplication of the Software will result in automatic termination of this License Agreement. Without prejudice to any other rights, CSSC may terminate this License Agreement if You fail to comply with any term or condition of this License Agreement. Upon termination of this License Agreement, You agree to destroy the Software.

*Support Services.* CSSC may provide You with customer and technical support services related to the Software ("Support Services"). Use of Support Services is governed by the CSSC policies and programs described in the User Manual, in "online" or electronic documentation, and/or in other materials provided by CSSC-provide materials. Any supplemental or customized software code provided to You as part of the Support Services shall be considered part of the Software and subject to the terms and conditions of this License Agreement. With respect to any technical information You provide to CSSC as part of the Support Services, CSSC may use such information for its business purposes, including product support and development. CSSC will not utilize such technical information in a manner that personally identifies You.

4.  Upgrades

    If the Software is identified as an "upgrade", You must be properly licensed to Use a product from CSSC that is specified by CSSC as being eligible for the upgrade in order to Use the Software. Software identified as an upgrade replaces or supplements the product that formed the basis for Your eligibility for the upgrade.

5.  Reports and Audit Rights

    You shall institute reasonable measures to ensure compliance with the terms and conditions of this License Agreement. Upon CSSC's reasonable request, You agree to provide reports relating to Your Use of the Software as necessary to demonstrate Your compliance with the terms and conditions of this License Agreement. You further agree that CSSC has the right, upon reasonable prior notice, to audit Your records and inspect Your facilities to verify Your compliance with the terms and conditions of this License Agreement.

6.  Entire Agreement; Governing Law

    This License Agreement constitutes the entire agreement between CSSC and You with regard to the subject matter hereof and supersedes any and all prior agreements, understandings and representations, whether written or oral, concerning the subject matter of this License Agreement. This License Agreement shall not be modify except by a written agreement executed by a duly authorized representative of each of CSSC and You.

    Nothing in this License Agreement is intended to exclude, modify or restrict the operation of any applicable statute or other law, the provisions of which cannot lawfully be excluded, modified or restricted. If any court of competent jurisdiction determines that a provision of this License Agreement is illegal, invalid or unenforceable in any jurisdiction, then such provision shall be deemed modified to the minimum extent necessary to make it comply with the applicable statute or law of such jurisdiction, and the remaining provisions of this License Agreement shall continue in full force and effect. Any such modification shall not affect any provisions of this License Agreement in any other jurisdiction where this License Agreement governs the Use of the Software.

IF YOU ACQUIRED THE SOFTWARE IN THE UNITED STATES, THIS LICENSE AGREEMENT IS GOVERNED BY THE LAWS OF THE STATE OF ILLINOIS, USA.

**Software Product Limited Warranty**

To the original customer only, CSSC provides the following warranties:

Limited Warranty.   COMPLIANCE SOFTWARE SOLUTIONS CORPORATION ("CSSC") WARRANTS THAT (a) FOR A PERIOD OF SIXTY (60) DAYS FROM THE DATE OF ORIGINAL PURCHASE ("WARRANTY PERIOD") AS EVIDENCED BY YOUR RECEIPT OR OTHER PROOF OF PURCHASE (i) THE SOFTWARE, UNLESS MODIFIED OR OTHERWISE ALTERED BY YOU, WILL PERFORM SUBSTANTIALLY IN ACCORDANCE WITH THE ACCOMPANYING WRITTEN MATERIALS, AND (ii) THE MEDIA ON WHICH THE SOFTWARE IS FURNISHED WILL BE FREE FROM DEFECTS IN MATERIALS AND WORKMANSHIP UNDER NORMAL USE; AND (b) ANY SUPPORT SERVICES PROVIDED BY CSSC SHALL BE SUBSTANTIALLY AS DESCRIBED IN APPLICABLE WRITTEN MATERIALS PROVIDED TO YOU BY CSSC. CSSC does not warrant that the Software will meet Your requirements or that Use of the Software will be uninterrupted or error-free. CSSC is not responsible for problems caused by changes in the operating characteristics of computer hardware or computer operating systems which are made after the release of the Software, nor for problems in the interaction of the Software with non-CSSC software products. Some jurisdictions do not allow limitations on duration of an implied warranty, so the above limitation may not apply to You. The Limited Warranty gives You specific legal rights. You may have others, which vary by jurisdiction.

Exclusive Remedy.   CSSC's entire liability, and Your exclusive remedy, shall be, at CSSC's option, either (a) replacement of the defective media, (b) repair or replacement of the Software that does not meet CSSC's Limited Warranty, or (c) return of the price actually paid by You, and termination of this License Agreement. This remedy is subject to return of the Software to CSSC with a copy of Your receipt within the Warranty Period or, solely for Software that was obtained electronically via "electronic software distribution", to delivery to CSSC of a CSSC-approved "certification of destruction" together with proof of purchase within the Warranty Period. This Limited Warranty is void if failure of the Software has resulted from accident, abuse or misapplication. Any replacement Software will be warranted for the remainder of the original warranty period or thirty (30) days, whichever is longer.

No Other Warranties.   THE ABOVE WARRANTIES ARE EXCLUSIVE. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, CSSC AND ITS SUPPLIERS DISCLAIM ALL OTHER WARRANTIES AND CONDITIONS, EITHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NON-INFRINGEMENT, AND THOSE ARISING OUT OF USAGE OF TRADE OR COURSE OF DEALING, CONCERNING THE SOFTWARE, AND THE PROVISION OF OR FAILURE TO PROVIDE SUPPORT SERVICES. NO ORAL OR WRITTEN INFORMATION OR ADVICE GIVEN BY CSSC, ITS AGENTS, DEALERS, DISTRIBUTORS OR EMPLOYEES SHALL INCREASE THE SCOPE OF THE ABOVE WARRANTIES OR CREATE ANY OTHER WARRANTIES.

No Liability for Damages.   REGARDLESS OF WHETHER ANY REMEDY SET FORTH HEREIN FAILS OF ITS ESSENTIAL PURPOSE, TO THE MAXIMUM EXTENT PERMITTED BY APPLCABLE LAW, IN NO EVENT SHALL CSSC OR ITS SUPPLIERS (OR THEIR RESPECTIVE AGENTS, DIRECTORS, EMPLOYEES, REPRESENTATIVES, OR ASSIGNS) BE LIABLE FOR ANY DAMAGES WHATSOEVER (INCLUDING, WITHOUT LIMITATION, CONSEQUENTIAL, INCIDENTAL, INDIRECT, SPECIAL, ECONOMIC, PUNITIVE OR SIMILAR DAMAGES, OR DAMAGES FOR LOSS OF BUSINESS PROFITS, LOSS OF GOODWILL, BUSINESS INTERRUPTION, COMPUTER FAILURE OR MALFUNCTION, LOSS OF BUSINESS INFORMATION OR ANY AND ALL OTHER COMMERCIAL OR PECUNIARY DAMAGES OR LOSSES) ARISING OUT OF THE USE OF OR INABILITY TO USE THE SOFTWARE PRODUCT OR THE PROVISION OF OR FAILURE TO PROVIDE SUPPORT SERVICES, HOWEVER CAUSED AND ON ANY LEGAL THEORY OF LIABILITY (WHETHER IN TORT, CONTRACT OR OTHERWISE), EVEN IF CSSC HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, OR FOR ANY CLAIM BY ANY OTHER PARTY.   YOU ACKNOWLEDGE THIS ALLOCATION OF RISK BY PAYMENT OF THE LICENSE FEE. In any event, if any statute implies warranties or conditions not stated in this License Agreement, CSSC's entire liability under any provision of this License Agreement shall be limited to the price actually paid by You to license the Software, or, in the case of Support Services, providing such Support Services again or refunding the cost thereof. Because some jurisdictions do not allow the exclusion or limitation of liability for consequential or incidental damages, the above limitation may not apply to You.

Copyright (c) 1999 Compliance Software Solutions Corporation.
All Rights Reserved.

Compliance Software Solutions Corporation 2211-B Lakeside Drive, Bannockburn, Illinois

# Exhibit D

# COMPLIANCE SOFTWARE SOLUTIONS CORP.

100 Lexington Drive • Suite 210 • Buffalo Grove, IL 60089 • Tel: (847) 325-4470 • Fax: (847) 325-4475 • www.csoftsol.com

September 6, 2005

Kimberly McFarland
Associate Director, Q.C. Microbiology
ImClone Systems Incorporated
50 ImClone Drive
Branchburg, NJ 08876

Dear Ms. McFarland:

Pursuant to paragraph 3 of your License Agreement for CSSC's EMSS, I write to
terminate that license because ImClone failed to comply with one or more of its
terms. Because ImClone's license is terminated, ImClone must destroy CSSC's
software immediately.

Sincerely,

*George M. Levinson*

George M. Levinson
President
Compliance Software Solutions Corp.