**CEM**

**FILED**
**NOVEMBER 30, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Compliance Software Solutions Corp.
v
MODA Technology Partners, Inc. et al.

Case Number: **07 C 6752**

**JUDGE MANNING**
**MAGISTRATE JUDGE NOLAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff - Compliance Software Solutions Corp.

| | |
|---|---|
| NAME (Type or print) | |
| Geoffrey A. Baker | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Geoffrey A. Baker | |
| FIRM | |
| Dowell Baker, P.C. | |
| STREET ADDRESS | |
| 229 Randolph Street | |
| CITY/STATE/ZIP | |
| Oak Park, IL 60302 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6236658 | 708-660-1415 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐