IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COMPLIANCE SOFTWARE SOLUTIONS, CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 07-CV-6752 |
| v. | ) ) | Judge Manning |
| | ) | Magistrate Judge Nolan |
| MODA TECHNOLOGY PARTNERS, INC., MICHAEL S. GOETTER, STEVEN P. MELICK and ANEXINET CORP. | ) ) ) ) | JURY TRIAL REQUESTED |
| Defendants. | ) | |

## LR 3.2 NOTICE OF AFFILIATES

Pursuant to LR 3.2, Plaintiff Compliance Software Solutions Corporation states that it has no parent corporations and no publicly held company owns 10% or more of its stock.

Date:  December 4, 2007                                Respectfully submitted,


                                                       /s/ Geoffrey A. Baker

                                                       Anthony E. Dowell
                                                       Illinois Bar No. 6224825
                                                       Geoffrey A. Baker
                                                       Illinois Bar No. 6236658
                                                       DOWELL BAKER, P.C.
                                                       229 Randolph Street
                                                       Oak Park, IL 60302
                                                       (708) 660-1413
                                                       (708) 873-4466 (fax)

                                                       **Attorneys for Plaintiff**
                                                       **Compliance Software Solutions Corp.**