IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMPLIANCE SOFTWARE SOLUTIONS, CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> MODA TECHNOLOGY PARTNERS, INC., MICHAEL S. GOETTER, STEVEN P. MELICK and ANEXINET CORP. <br><br> Defendants. | Case No.: 07-CV-6752 <br><br> Judge Manning <br> Magistrate Judge Nolan <br><br> JURY TRIAL REQUESTED |

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED, CONSENTED AND AGREED TO by and among the Plaintiff Compliance Software Solutions Corporation and Defendant Anexinet Corp., two of the parties hereto, through their respective counsel, that, pursuant to Rule 41 Fed.R.Civ.P., the above-captioned action (as to Anexinet only) is hereby voluntarily dismissed with prejudice. Anexinet and CSSC shall bear their own attorneys' fees and costs.

Date: January 18, 2008

Respectfully submitted,

/s/ Geoffrey A. Baker

Geoffrey A. Baker
Dowell Baker, P.C.
229 Randolph Street
Oak Park, IL 60302
(708) 660-1413
(312) 873-4466 (facsimile)
**Attorneys for Plaintiff**
**Compliance Software Solutions Corp.**

/s/ Richard Barkasy

Richard Barkasy
Schnader Harrison Segal & Lewis LLP
Woodland Falls Corporate Park
220 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1165
rbarkasy@schnader.com
**Counsel for Defendant**
**Anexinet Corp.**