IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMPLIANCE SOFTWARE SOLUTIONS, CORPORATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-CV-6752 ) |
| MODA TECHNOLOGY PARTNERS, INC., MICHAEL S. GOETTER, STEVEN P. MELICK and ANEXINET CORP., | ) Judge Manning ) Magistrate Judge Nolan ) ) ) |
| Defendants. | ) ) |

**MOTION OF DEFENDANTS MODA TECHNOLOGY PARTNERS, INC., MICHAEL S. GOETTER, AND STEVEN P. MELICK'S TO DISMISS THE FIRST AMENDED <u>COMPLAINT FOR LACK OF PERSONAL JURISDICTION</u>**

Pursuant to Fed. R. Civ. P. 12(b)(2), Defendants MODA Technology Partners, Inc., Michael S. Goetter, and Steven P. Melick respectfully move the Court for an order dismissing plaintiff's First Amended Complaint for lack of personal jurisdiction. The grounds in support of the Motion are set forth in the attached Memorandum of Law.

Dated: January 23, 2008 	Respect submitted,

/s/   Jordan L. Jonas
Ian Fisher (IL Bar No. 6224920)
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, IL 60606
(312) 701-9300

David J. Wolfsohn
Steven B. Samuels
Jordan L. Jonas (IL Bar No. 6286508)
WOODCOCK WASHBURN LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
(215) 568-3100

*Attorneys for MODA Technology Partners, Inc., Steven P. Melick and Michael S. Goetter*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following at their e-mail address on file with the Court:

>Geoffrey A. Baker
>Dowell Baker, P.C.
>229 Randolph Street
>Oak Park, IL  60302

>/s/   Jordan L. Jonas
>One of the attorneys for MODA Technology Partners, Inc., Steven P. Melick and Michael S. Goetter