# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMPLIANCE SOFTWARE SOLUTIONS, CORPORATION, | ) ) ) ) |
| Plaintiff, | ) ) ) Civil Action No. 07-CV-6752 |
| v. | ) ) Judge Manning |
| MODA TECHNOLOGY PARTNERS, INC., MICHAEL S. GOETTER, STEVEN P. MELICK and ANEXINET CORP., | ) Magistrate Judge Nolan ) ) ) ) |
| Defendants. | ) |

**DECLARATION OF DAVID S. LIPSON ON BEHALF OF MODA
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
THE FIRST AMENDED COMPLAINT**

I, David S. Lipson, based on personal knowledge hereby declare:

1. I am employed by MODA Technology Partners, Inc. ("MODA") and have been the Chief Executive Officer of the company since June 29, 2006. I am authorized to make this statement on its behalf.

2. MODA is a small, privately-held corporation formed under the laws of the Commonwealth of Pennsylvania in 2005. MODA's principal place of business, and only U.S. office, is located at 1255 Drummers Lane, Suite 202, Wayne, PA 19087.

3. MODA sells software that is used in connection with environmental monitoring of FDA-compliant clean rooms and other, similar environments.

4. MODA has 22 employees. All MODA's U.S. employees are located in Pennsylvania or New Jersey. No MODA employees, directors, or officers live in Illinois.

1

5. MODA has no customers or clients in Illinois. No one from MODA has traveled to Illinois to make any sales visits to businesses in Illinois. MODA has not sold or offered to sell any product in Illinois or to any Illinois entity or person. No one is using MODA's products in Illinois. MODA derives no revenue from the State of Illinois.

6. MODA has no suppliers in Illinois.

7. MODA does not pay taxes in Illinois.

8. MODA does not own, lease, or use any real estate in Illinois.

9. MODA does not maintain, own, lease or use any personal property in Illinois.

10. MODA does not maintain any bank accounts in Illinois.

11. MODA does not maintain an office, facility, or mailing address in Illinois.

12. MODA does not maintain a phone number in Illinois.

13. MODA is not registered to do business in Illinois and does not have an Authority to Transact Business in Illinois.

14. MODA does not maintain an agent in Illinois.

15. MDOA does not maintain any company records in Illinois.

16. MODA has no subsidiaries in Illinois.

17. MODA advertises in national publications, but does not advertise in publications targeted specifically at companies in Illinois.

18. No MODA employees have traveled to businesses in Illinois to make sales calls.

19. With the exception of the Pittcon Conference & Expo, which two employees of MODA's attended from February 26 to March 1, 2007 in Chicago, no MODA employee has traveled to Illinois on MODA's behalf for any reason. Pittcon is a national trade show that takes

place annually in different cities across the United States. Over 1000 exhibitors attended the conference in 2007. MODA did not sell or offer to sell any product during Pittcon.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 1/22/08

David S. Lipson,
Chief Executive Officer
MODA Technology Partners, Inc.

# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMPLIANCE SOFTWARE SOLUTIONS, CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MODA TECHNOLOGY PARTNERS, INC., MICHAEL S. GOETTER, STEVEN P. MELICK and ANEXINET CORP.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-CV-6752<br>)<br>) Judge Manning<br>) Magistrate Judge Nolan<br>)<br>)<br>)<br>)<br>) |

DECLARATION OF STEVEN P. MELICK
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
THE FIRST AMENDED COMPLAINT

I, Steven P. Melick, based on personal knowledge, hereby declare:

1. I am employed by MODA Technology Partners, Inc. as its president.

2. I live in Dresher, Pennsylvania and intend to remain there indefinitely.

3. I maintain a Pennsylvania driver's license and pay taxes to Pennsylvania.

4. I have never resided in Illinois.

5. I have never paid taxes to Illinois.

6. I do not own, lease or use any real estate in Illinois.

7. I do not maintain, own, lease or use any personal property in Illinois.

8. I do not maintain any bank accounts in Illinois.

9. I have not traveled to Illinois since 1992.

1

10. I have not traveled to Illinois to make any sales visits to businesses in Illinois for MODA or for my former employer, The Sycamore Group. I have not sold or offered to sell any product of MODA's in Illinois or to any Illinois entity or person.

11. I was the President and CEO of The Sycamore Group. The Sycamore Group, along with ImClone Systems, Inc. was sued by Compliance Software Solutions, Corporation ("CSSC") in 2005 in the United States District Court for the Northern District of Illinois. (See First Amended Complaint at Exhibit C). Before The Sycamore Group filed a response to CSSC's complaint, I signed a Settlement Agreement on behalf of The Sycamore Group. (See *id.* at Exhibit B). I signed this agreement while in Pennsylvania and never traveled to Illinois in connection with that lawsuit.

12. MODA is not a successor corporation of The Sycamore Group. MODA has not assumed any liabilities of The Sycamore Group and there is no legal relationship between The Sycamore Group and MODA. In fact, The Sycamore Group is a separate legal entity. The Sycamore Group changed its name to Quaterleaf Technologies, Inc. and is still in good standing with the Pennsylvania Department of State. (See Exhibit A, attached hereto).

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 1/23/2008

Steven P. Melick

2

# EXHIBIT A

COMMONWEALTH OF PENNSYLVANIA

DEPARTMENT OF STATE

JANUARY 23, 2008

TO ALL WHOM THESE PRESENTS SHALL COME, GREETING:

I DO HEREBY CERTIFY THAT,

**QUATERLEAF TECHNOLOGIES, INC.**

is duly incorporated under the laws of the Commonwealth of Pennsylvania and remains a subsisting corporation so far as the records of this office show, as of the date herein.



IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Seal of the Secretary's Office to be affixed, the day and year above written.

*Pedro A. Cortés*
Secretary of the Commonwealth

Certification Number: 7151995-1
Verify this certificate online at http://www.corporations.state.pa.us/corp/soskb/verify.asp



# Corporations

Online Services | Corporations | Forms | Contact Corporations | Business Services

Search
By Business Name
By Business Entity ID
Verify
Verify Certification
Online Orders
Register for Online Orders
Order Business List
My Images
Search for Images

**Business Entity Filing History**
**Date:** 1/23/2008 (Select the link above to view the Business Entity's Filing History)

## Business Name History

| Name | Name Type |
|---|---|
| Quaterleaf Technologies, Inc. | Current Name |
| THE SYCAMORE GROUP, INCORPORATED | Prior Name |

## Business Corporation - Domestic - Information

| | |
|---|---|
| **Entity Number:** | 2720074 |
| **Status:** | Active |
| **Entity Creation Date:** | 10/21/1996 |
| **State of Business.:** | PA |
| **Principal Office Address:** | 580 VIRGINIA DR STE 100 FORT WASHINGTON PA 19034-0 |
| **Mailing Address:** | No Address |

## Officers

| | |
|---|---|
| **Name:** | MELICK,STEVEN P |
| **Title:** | President |
| **Address:** | 580 VIRGINIA DR 100 FT WASHINGTON PA 19034-0 |
| **Name:** | GOETTER,MICHAEL S |
| **Title:** | Secretary |
| **Address:** | 580 VIRGINIA DR 100 FT WASHINGTON PA 19034-0 |
| **Name:** | CARROZZA,ERIK J |
| **Title:** | Treasurer |
| **Address:** | 580 VIRGINIA DR 100 FT WASHINGTON PA 19034-0 |

**Name:** GOETTER,MICHAEL S
**Title:** Vice President
**Address:** 580 VIRGINIA DR 100
FT WASHINGTON PA 19034-0

Home | Site Map | Site Feedback | View as Text Only | Employment



Copyright © 2002 Pennsylvania Department of State. All Rights Reserved.
Commonwealth of PA Privacy Statement

# EXHIBIT 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| COMPLIANCE SOFTWARE SOLUTIONS, CORPORATION,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>MODA TECHNOLOGY PARTNERS, INC., MICHAEL S. GOETTER, STEVEN P. MELICK and ANEXINET CORP.,  )<br><br>Defendants.  ) | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-CV-6752<br>)<br>)  Judge Manning<br>)  Magistrate Judge Nolan<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF MICHAEL S. GOETTER
## IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
## THE FIRST AMENDED COMPLAINT

I, Michael S. Goetter, based on personal knowledge, hereby declare:

1. I am employed by MODA Technology Partners, Inc. ("MODA") as its Vice President of Product Strategy.

2. I live in Mount Laurel, New Jersey and intend to remain there indefinitely.

3. I maintain a New Jersey driver's license and pay taxes to New Jersey.

4. I have never resided in Illinois.

5. I have never paid taxes to Illinois.

6. I do not own, lease or use any real estate in Illinois.

7. I do not maintain, own, lease or use any personal property in Illinois.

8. I do not maintain any bank accounts in Illinois.

9. I attended the Pittcon Conference & Expo on MODA's behalf in late February/early March 2007, in Chicago, Illinois. Pittcon is a national trade show that takes place

1

annually in different cities across the United States. Before this one trip, I had never traveled to Illinois, and I have not been there since.

10. I have not traveled to Illinois to make any sales visits to businesses in Illinois for MODA or for my former employer, The Sycamore Group. I have not sold or offered to sell any product of MODA's in Illinois or to any Illinois entity or person, including while at the Pittcon Conference.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 21-JAN-2008

Michael S. Goetter