## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| COMPLIANCE SOFTWARE ) <br> SOLUTIONS, CORPORATION, ) <br>  ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> MODA TECHNOLOGY PARTNERS, ) <br> INC., MICHAEL S. GOETTER, ) <br> STEVEN P. MELICK and ANEXINET ) <br> CORP., ) <br>  ) <br> Defendants. ) <br>  ) | Civil Action No. 07-CV-6752 <br><br> Judge Manning <br> Magistrate Judge Nolan |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Tuesday, February 5, 2008** at **11:00 a.m.**, or as soon hereafter as counsel may be heard, we shall appear before the Honorable Blanche M. Manning in the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 S. Dearborn Street, Room 2125, Chicago, Illinois, and shall then and there present the Motion of Defendants MODA Technology Partners, Inc., Michael S. Goetter, and Steven P. Melick's to Dismiss the First Amended Complaint for Lack of Personal Jurisdiction, a copy of which is hereby served upon you.

Dated: January 23, 2008                    Respect submitted,


                                           /s/   Jordan L. Jonas
                                           Ian Fisher (IL Bar No. 6224920)
                                           SCHOPF & WEISS LLP
                                           One South Wacker Drive, 28th Floor
                                           Chicago, IL 60606
                                           (312) 701-9300

                                           David J. Wolfsohn
                                           Steven B. Samuels
                                           Jordan L. Jonas (IL Bar No. 6286508)
                                           WOODCOCK WASHBURN LLP
                                           Cira Centre, 12th Floor
                                           2929 Arch Street
                                           Philadelphia, PA 19104
                                           (215) 568-3100

                                           *Attorneys for MODA Technology Partners, Inc.,
                                           Steven P. Melick and Michael S. Goetter*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following at their e-mail address on file with the Court:

>Geoffrey A. Baker
>Dowell Baker, P.C.
>229 Randolph Street
>Oak Park, IL  60302

>/s/   Jordan L. Jonas
>─────────────────────────────
>One of the attorneys for MODA Technology Partners, Inc., Steven P. Melick and Michael S. Goetter