**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| COMPLIANCE SOFTWARE ) <br> SOLUTIONS, CORPORATION, ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> MODA TECHNOLOGY PARTNERS, ) <br> INC., MICHAEL S. GOETTER, ) <br> STEVEN P. MELICK and ANEXINET ) <br> CORP., ) <br> ) <br> **Defendants.** ) <br> ) | **Civil Action No. 07-CV-6752** <br><br> **Judge Manning** <br> **Magistrate Judge Nolan** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Tuesday, February 5, 2008** at **11:00 a.m.**, or as soon hereafter as counsel may be heard, we shall appear before the Honorable Blanche M. Manning in the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 S. Dearborn Street, Room 2125, Chicago, Illinois, and shall then and there present the Motion of Defendants MODA Technology Partners, Inc., Michael S. Goetter, and Steven P. Melick's to Stay Discovery Pending Resolution of Defendants' Motion to Dismiss the First Amended Complaint for Lack of Personal Jurisdiction, a copy of which is hereby served upon you.

Dated: January 23, 2008                             Respect submitted,


                                                    /s/   Jordan L. Jonas
                                                    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                                    Ian Fisher (IL Bar No. 6224920)
                                                    SCHOPF & WEISS LLP
                                                    One South Wacker Drive, 28th Floor
                                                    Chicago, IL 60606
                                                    (312) 701-9300

                                                    David J. Wolfsohn
                                                    Steven B. Samuels
                                                    Jordan L. Jonas (IL Bar No. 6286508)
                                                    WOODCOCK WASHBURN LLP
                                                    Cira Centre, 12th Floor
                                                    2929 Arch Street
                                                    Philadelphia, PA 19104
                                                    (215) 568-3100

                                                    *Attorneys for MODA Technology Partners, Inc.,
                                                    Steven P. Melick and Michael S. Goetter*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following at their e-mail address on file with the Court:

>Geoffrey A. Baker
>Dowell Baker, P.C.
>229 Randolph Street
>Oak Park, IL  60302

>　　　　/s/   Jordan L. Jonas
>One of the attorneys for MODA Technology Partners, Inc., Steven P. Melick and Michael S. Goetter