**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| COMPLIANCE SOFTWARE SOLUTIONS, CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-CV-6752 |
| MODA TECHNOLOGY PARTNERS, INC., MICHAEL S. GOETTER, STEVEN P. MELICK and ANEXINET CORP., | ) ) ) ) ) | Judge Manning Magistrate Judge Nolan |
| Defendants. | ) ) | |

**AMENDED NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **Tuesday, February 12, 2008** at **11:00 a.m**., or as soon hereafter as counsel may be heard, we shall appear before the Honorable Blanche M. Manning in the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 S. Dearborn Street, Room 2125, Chicago, Illinois, and shall then and there present the Motion of Defendants MODA Technology Partners, Inc., Michael S. Goetter, and Steven P. Melick's to Dismiss the First Amended Complaint for Lack of Personal Jurisdiction. (Docket No. 12). Plaintiff does not object to the new hearing time, and the Court consented to the new hearing time, as communicated by the Court's Deputy.

Dated: January 29, 2008                                Respect submitted,


                                                       /s/   Jordan L. Jonas
                                                       Ian Fisher (IL Bar No. 6224920)
                                                       SCHOPF & WEISS LLP
                                                       One South Wacker Drive, 28th Floor
                                                       Chicago, IL 60606
                                                       (312) 701-9300

                                                       David J. Wolfsohn
                                                       Steven B. Samuels
                                                       Jordan L. Jonas (IL Bar No. 6286508)
                                                       WOODCOCK WASHBURN LLP
                                                       Cira Centre, 12th Floor
                                                       2929 Arch Street
                                                       Philadelphia, PA 19104
                                                       (215) 568-3100

                                                       *Attorneys for MODA Technology Partners, Inc.,
                                                       Steven P. Melick and Michael S. Goetter*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following at their e-mail address on file with the Court:

> Geoffrey A. Baker
> Dowell Baker, P.C.
> 229 Randolph Street
> Oak Park, IL  60302

      /s/   Jordan L. Jonas
One of the attorneys for MODA Technology Partners, Inc., Steven P. Melick and Michael S. Goetter