**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| COMPLIANCE SOFTWARE ) <br> SOLUTIONS, CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MODA TECHNOLOGY PARTNERS, ) <br> INC., MICHAEL S. GOETTER, ) <br> STEVEN P. MELICK and ANEXINET ) <br> CORP., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 07-CV-6752 <br><br> Judge Manning <br> Magistrate Judge Nolan |

**AMENDED NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **Tuesday, February 12, 2008** at **11:00 a.m**., or as soon hereafter as counsel may be heard, we shall appear before the Honorable Blanche M. Manning in the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 S. Dearborn Street, Room 2125, Chicago, Illinois, and shall then and there present the Motion of Defendants MODA Technology Partners, Inc., Michael S. Goetter, and Steven P. Melick's to Stay Discovery Pending Resolution of Defendants' Motion to Dismiss the First Amended Complaint for Lack of Personal Jurisdiction. (Docket No. 15).  Plaintiff does not object to the new hearing time, and the Court consented to the new hearing time, as communicated by the Court's Deputy.

Dated: January 29, 2008 Respect submitted,

/s/   Jordan L. Jonas
Ian Fisher (IL Bar No. 6224920)
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, IL 60606
(312) 701-9300

David J. Wolfsohn
Steven B. Samuels
Jordan L. Jonas (IL Bar No. 6286508)
WOODCOCK WASHBURN LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
(215) 568-3100

*Attorneys for MODA Technology Partners, Inc.,
Steven P. Melick and Michael S. Goetter*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following at their e-mail address on file with the Court:

>Geoffrey A. Baker
>Dowell Baker, P.C.
>229 Randolph Street
>Oak Park, IL  60302

>/s/   Jordan L. Jonas
>One of the attorneys for MODA Technology Partners, Inc., Steven P. Melick and Michael S. Goetter