IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COMPLIANCE SOFTWARE SOLUTOINS CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07-CV-6752 |
| v. | ) ) | Judge Manning |
| MODA TECHNOLOGY PARTNERS, INC., MICHAEL S. GOETTER, STEVEN P. MELICK and ANEXINET CORP. | ) ) ) ) ) | Magistrate Judge Nolan |
| Defendants. | | |

## NOTICE OF FILING

To:   See attached Certificate of Service

PLEASE TAKE NOTICE that on January 24, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the foregoing **Application for Leave to Appear *Pro Hac Vice***, a copy of which is attached and hereby served upon you.

Dated: January 24, 2008                    Respectfully submitted,

                                           _____
                                           One of the Attorneys for Defendants
                                           Moda Technology Partners Inc., Michael S.
                                           Goetter and Steven P. Melick

Ian H. Fisher – ARDC #6224920
Marcus D. Fruchter – ARDC #6282906
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, Illinois 60606
(312) 701-9300

177970v1

**RECEIVED** JAN 29 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

**FILED** JAN 24 2008

(Revised 02/01/01)

## United States District Court   Northern District of Illinois
## APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

Case Title: Compliance Software Solutions, Corporation,   Plaintiff(s)

VS.

MODA Technology Partners, Inc.,
Michael S. Goetter, Steven P. Melick and Anexinet Corp.   Defendant(s)

Case Number: 07-CV-6752      Judge: Blanche M. Manning
                             Magistrate Judge: Nan R. Nolan

I, David J. Wolfsohn, hereby apply to the Court under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of

MODA Technology Partners, Inc.,
Michael S. Goetter and Steven P. Melick   by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| United States Disrict Court for the Eastern Dstrict of Pennsylvania | 1990 |
| United States Curt of Apeals for the Third Circuit | 1991 |
|  |  |
|  |  |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
|  | None |  |
|  |  |  |
|  |  |  |
|  |  |  |

*If denied, please explain:
(Attach additional form if necessary)

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

Has the applicant designated local counsel?   Yes [X]   No [ ]

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.

Has the applicant ever been:

| | | |
|---|---|---|
| censured, suspended, disbarred, or otherwise disciplined by any court? | Yes ☐ | No ☒ |
| or is the applicant currently the subject of an investigation of the applicant's professional conduct? | Yes ☐ | No ☒ |
| transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court? | Yes ☐ | No ☒ |
| denied admission to the bar of any court? | Yes ☐ | No ☒ |
| held in contempt of court? | Yes ☐ | No ☒ |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois, effective November 12, 1991 (Local Rules 83.50 through 83.58), and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, effective December 15, 1992, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

_Jan. 23, 2008_  _/s/ David Wolfsohn_
Date                                Signature of Applicant

| Applicant's Name | Last Name: Wolfsohn | First Name: David | Middle Name/Initial: J. |
|---|---|---|---|
| Applicant's Law Firm | Woodcock Washburn LLC | | |
| Applicant's Address | Street Address (include suite or room number): 2929 Arch Street, Circa Centre, 12th Floor | | State Bar Number: 57974 |
| | City: Philadelphia | State: PA | ZIP Code: 19104-2891 | Work Phone Number: 215-564-2222 |

(The pro hac vice admission fee is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date, and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)

NOTE: Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of this Court. The fee for admission to the General Bar is $150.00 The fee for pro hac vice admission is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

(Fee Stamp) **PAID** RECEIPT # 11647? JAN 2 4 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

**ORDER**

IT IS ORDERED that the applicant herein may appear in the above-entitled case.

DATED: _1/29/2008_    _Blanche M. Manning_
United States District Judge

2

## CERTIFICATE OF SERVICE

I, Ian H. Fisher, an attorney, hereby certify that on January 24, 2008, state that I caused a copy of the foregoing **Notice of Filing and Application for Leave to Appear *Pro Hac Vice*** to be served by email and U.S. Mail, postage pre-paid, this 24th day of January, 2008 upon the following:

Richard Barkasy
Schnader Harrison Segal & Lewis LLP
Woodland Falls Corporate Park
220 Lake Drive East, Suite 200
Cherry Hill, NJ 080002-1165
rbarkasy@schnader.com

Geoffrey A. Baker
Dowell Baker, P.C.
229 Randolph Street
Oak Park, Illinois 60302
gabaker@dowellbaker.com

David J. Wolfsohn
Woodcock Washburn, LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891
wolfsohn@woodcock.com

_____
Ian H. Fisher

2