**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Compliance Software Solutions, Corporation
                                      Plaintiff,

v.                                                  Case No.: 1:07−cv−06752
                                                    Honorable Blanche M. Manning

Moda Technology Partners, Inc., et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 12, 2008:

      MINUTE entry before Judge Blanche M. Manning : Motion hearing held on 2/12/2008. Defendant's motion to stay discovery [15] is granted except for what relates to jurisdictional issues. Parties agree to 2 depositions not to exceed 3 hours each. On defendant's motion to dismiss/lack of jurisdiction[12], response to be filed by 3/18/2008. Reply to be filed by 4/1/2008. Ruling by mail.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.