**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **COMPLIANCE SOFTWARE SOLUTIONS, CORPORATION,** | ) ) ) | |
| **Plaintiff,** | ) ) | **Case No.: 07-CV-6752** |
| v. | ) ) | **Judge Manning** |
| | ) | **Magistrate Judge Nolan** |
| **MODA TECHNOLOGY PARTNERS, INC., MICHAEL S. GOETTER, STEVEN P. MELICK and ANEXINET CORP.** | ) ) ) ) | **JURY TRIAL REQUESTED** |
| **Defendants.** | ) | |

**AGREED MOTION TO ENLARGE BRIEFING SCHEDULE**

Plaintiff Compliance Software Solutions Corporation ("CSSC") respectfully moves for additional time to respond to Defendants' MODA Technology Partners, Inc., Michael S. Goetter and Steven P. Melick (collectively "MODA") motion to dismiss for lack of personal jurisdiction. MODA also asks for additional time to reply. CSSC states as follows in support of this agreed motion:

1. On November 30, 2007, CSSC filed its Complaint in this case alleging copyright infringement;

2. On December 14, 2007, CSSC amended its complaint adding a count of patent infringement;

3. On January 18, 2008, CSSC and Defendant Anexinet Corp. stipulated to the dismissal of Anexinet Corp;

4. On February 12, 2008, MODA presented its motion to dismiss this action for want of personal jurisdiction. At that time, the Court permitted discovery related to its jurisdiction over MODA;

5. CSSC sought discovery related to the Court's jurisdiction over MODA and that discovery is on-going;

6. Because that discovery has not yet been completed, the parties agree to a short enlargement of the time to respond and to reply to MODA's motion to dismiss. The specific dates that the parties agreed to are April 1, 2008 for CSSC's response in opposition to MODA's motion to dismiss and April 15, 2008 for MODA's reply brief.

7. For good cause shown, and the parties being in agreement, the Court is respectfully asked to allow the short enlargement of the briefing schedule.

Dated: March 17, 2008                                   Respectfully submitted,


                                                        /s/ Geoffrey A. Baker

                                                        Geoffrey A. Baker
                                                        Anthony E. Dowell
                                                        DOWELL BAKER, P.C.
                                                        229 Randolph Street
                                                        Oak Park, IL 60302
                                                        (708) 660-1413
                                                        (312) 873-4466 (facsimile)
                                                        **Attorneys for Plaintiff**
                                                        **Compliance Software Solutions Corp.**

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2008, I electronically filed the foregoing AGREED MOTION TO ENLARGE BRIEFING SCHEDULE with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which in turn served Defendants via email as follows:

David J. Wolfsohn
Woodcock Washburn, LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891
wolfsohn@woodcock.com
Counsel for MODA Technology Partners, Inc.
and Messrs. Goetter and Melick

/s/ Geoffrey A. Baker