IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMPLIANCE SOFTWARE SOLUTIONS, CORPORATION, | ) ) ) ) |
| Plaintiff, | ) ) ) Civil Action No. 07-CV-6752 |
| v. | ) ) ) Judge Manning |
| MODA TECHNOLOGY PARTNERS, INC., MICHAEL S. GOETTER, STEVEN P. MELICK and ANEXINET CORP., | ) Magistrate Judge Nolan ) ) ) ) |
| Defendants. | ) |

## LOCAL RULE 3.2 NOTICE OF AFFILIATES

Pursuant to L.R. 3.2, Defendant MODA Technology Partners, Inc. states that it has no publicly held affiliates.


Dated: March 25, 2008

Respect submitted,

/s/ Jordan L. Jonas
Ian Fisher (IL Bar No. 6224920)
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, IL 60606
(312) 701-9300

David J. Wolfsohn
Steven B. Samuels
Jordan L. Jonas (IL Bar No. 6286508)
WOODCOCK WASHBURN LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
(215) 568-3100
*Attorneys for MODA Technology Partners, Inc., Steven P. Melick and Michael S. Goetter*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following at their e-mail address on file with the Court:

>Geoffrey A. Baker
>Dowell Baker, P.C.
>229 Randolph Street
>Oak Park, IL  60302

                    /s/   Jordan L. Jonas
                    One of the attorneys for MODA Technology Partners, Inc., Steven P. Melick and Michael S. Goetter