## Geoff Baker

**From:** Geoff Baker [gabaker@dowellbaker.com]
**Sent:** Wednesday, April 02, 2008 8:36 AM
**To:** 'Wolfsohn, David J. (Woodcock Washburn)'
**Cc:** 'Jonas, Jordan L. (Woodcock Washburn)'
**Subject:** RE: CSSC v. MODA Technology

David,

I will accept your representation regarding the redactions.

However, we, again, respectfully request that you produce the executables immediately. These were shown, based on your clients' testimony at the Pittcon trade show in Chicago. Your refusal to produce them is baseless. Please either produce them or let me know that you will refuse to produce them. We consider our communications to comply with LR 37-2.

Thank you.

Geoff

Geoffrey A. Baker
DOWELL BAKER, P.C.
229 Randolph Street
Oak Park, IL 60302
Phone:  708-660-1413
Fax:     312-873-4466
Mobile: 708-707-8778
www.dowellbaker.com

This message is intended only for the named recipient(s) and may contain a confidential attorney-client communication and/or attorney work product. If you receive this message in error, please contact the sender listed above and delete this e-mail from your computer. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Thank you.

**From:** Wolfsohn, David J. (Woodcock Washburn) [mailto:wolfsohn@woodcock.com]
**Sent:** Wednesday, April 02, 2008 7:35 AM
**To:** Geoff Baker
**Cc:** Jonas, Jordan L. (Woodcock Washburn)
**Subject:** RE: CSSC v. MODA Technology

Geoff:  I don't see what the executables have to do with the jurisdictional issue. For obvious reasons, my client is extremely sensitive about producing them to a competitor, or even a competitor's attorney, especially given your client's past history.

The redacted portions have nothing to do with the jurisdictional issue and, without a protective order, we will not produce them. I assure you that they would do nothing to change any arguments you would make in your brief or alter in any way the Judge's decision on jurisdiction.  -- David

**From:** Geoff Baker [mailto:gabaker@dowellbaker.com]
**Sent:** Tuesday, April 01, 2008 11:13 PM
**To:** Jonas, Jordan L. (Woodcock Washburn)
**Cc:** Wolfsohn, David J. (Woodcock Washburn); Chappe, Marlene S. (Woodcock Washburn)
**Subject:** RE: CSSC v. MODA Technology

Jordan,

My apologies, I had a hearing today and am just now seeing your email. It seems to us that you are in a unique position to easily identify the already-publicly-disclosed matter and to de-designate such matter accordingly. We respectfully request that you do so at your earliest convenience. Also, please reconsider your refusal to produce the executables for the demonstration laptop that Mr. Goetter testified was present at Pittcon in Chicago. We respectfully request that you immediately produce those executables.

Regarding the redactions, we have no way of knowing what that material relates to because we have been denied access to it – even though the documents have been marked AEO. Please produce unredacted versions at your earliest convenience.

Thank you.

Geoff

Geoffrey A. Baker
DOWELL BAKER, P.C.
229 Randolph Street
Oak Park, IL 60302
Phone:   708-660-1413
Fax:        312-873-4466
Mobile:  708-707-8778
www.dowellbaker.com
This message is intended only for the named recipient(s) and may contain a confidential attorney-client communication and/or attorney work product. If you receive this message in error, please contact the sender listed above and delete this e-mail from your computer. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Thank you.

**From:** Jonas, Jordan L. (Woodcock Washburn) [mailto:jjonas@woodcock.com]
**Sent:** Tuesday, April 01, 2008 10:17 AM
**To:** Geoff Baker
**Cc:** Wolfsohn, David J. (Woodcock Washburn); Chappe, Marlene S. (Woodcock Washburn)
**Subject:** RE: CSSC v. MODA Technology

MODA does not know exactly which slides were presented. No protective order has been entered in this case and the redacted material is highly sensitive and has nothing to do with pricing or jurisdiction. If you would like to discuss this, David and I are available tomorrow morning between 9 and 12 central time.

Regards,
Jordan

>    -----Original Message-----
>    **From:** Geoff Baker [mailto:gabaker@dowellbaker.com]
>    **Sent:** Monday, March 31, 2008 5:49 PM
>    **To:** Jonas, Jordan L. (Woodcock Washburn)
>    **Cc:** Wolfsohn, David J. (Woodcock Washburn)
>    **Subject:** RE: CSSC v. MODA Technology
>
>    Please confirm that none of the redacted matter was ever shown publicly, e.g., at Pittcon. If it was shown at Pittcon, please provide us with unredacted copies and de-designate them.
>
>    Geoffrey A. Baker
>    DOWELL BAKER, P.C.
>    229 Randolph Street
>    Oak Park, IL 60302
>    Phone:   708-660-1413
>    Fax:        312-873-4466
>    Mobile:  708-707-8778

www.dowellbaker.com
This message is intended only for the named recipient(s) and may contain a confidential attorney-client communication and/or attorney work product.  If you receive this message in error, please contact the sender listed above and delete this e-mail from your computer.  Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.  Thank you.

**From:** Jonas, Jordan L. (Woodcock Washburn) [mailto:jjonas@woodcock.com]
**Sent:** Monday, March 31, 2008 4:35 PM
**To:** Geoff Baker
**Cc:** Wolfsohn, David J. (Woodcock Washburn)
**Subject:** RE: CSSC v. MODA Technology

MODA produced 132 pages (MODA-0000064.1 is between MODA-0000064 and 65).

Regards,
Jordan

>-----Original Message-----
>**From:** Geoff Baker [mailto:gabaker@dowellbaker.com]
>**Sent:** Monday, March 31, 2008 5:14 PM
>**To:** Jonas, Jordan L. (Woodcock Washburn)
>**Subject:** RE: CSSC v. MODA Technology
>
>Could you please confirm that MODA only produced these 131 pages of documents.
>
>Thanks.
>
>Geoff
>
>Geoffrey A. Baker
>DOWELL BAKER, P.C.
>229 Randolph Street
>Oak Park, IL 60302
>Phone:   708-660-1413
>Fax:     312-873-4466
>Mobile:  708-707-8778
>www.dowellbaker.com
>This message is intended only for the named recipient(s) and may contain a confidential attorney-client communication and/or attorney work product.  If you receive this message in error, please contact the sender listed above and delete this e-mail from your computer.  Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.  Thank you.
>
>**From:** Jonas, Jordan L. (Woodcock Washburn) [mailto:jjonas@woodcock.com]
>**Sent:** Monday, March 31, 2008 1:40 PM
>**To:** Geoff Baker
>**Cc:** Samuels, Steven B. (Woodcock Washburn); Wolfsohn, David J. (Woodcock Washburn); Chappe, Marlene S. (Woodcock Washburn); Fisher@sw.com
>**Subject:** CSSC v. MODA Technology
>
>Geoff,
>
>Attached please find the second set of documents (MODA0000020-131).  This concludes MODA's production relating to personal jurisdiction.  These are all designated "Confidential - Attorney's Eyes Only."
>
>Regards,
>Jordan

-----Original Message-----
**From:** Jonas, Jordan L. (Woodcock Washburn)
**Sent:** Monday, March 17, 2008 4:51 PM
**To:** 'Geoff Baker'
**Cc:** Samuels, Steven B. (Woodcock Washburn); Wolfsohn, David J. (Woodcock Washburn); Chappe, Marlene S. (Woodcock Washburn); 'Fisher@sw.com'
**Subject:** RE: 2008-03-17-Defendants' Responses Objections to First Set of Document Requests.PDF

Geoff,

Attached please find the first set of documents. These are all designated "Confidential - Attorney's Eyes Only."

Regards,
Jordan

> -----Original Message-----
> **From:** Jonas, Jordan L. (Woodcock Washburn)
> **Sent:** Monday, March 17, 2008 3:23 PM
> **To:** 'Geoff Baker'
> **Cc:** Samuels, Steven B. (Woodcock Washburn); Wolfsohn, David J. (Woodcock Washburn); Chappe, Marlene S. (Woodcock Washburn); Fisher@sw.com
> **Subject:** RE: 2008-03-17-Defendants' Responses Objections to First Set of Document Requests.PDF
>
> Thanks, Geoff.
>
> This email will confirm that you have agreed to accept the documents on a "Confidential - Attorney's Eyes Only" basis. We will be producing some documents to you electronically by the end of the day.
>
> Regards,
> Jordan
>
>> -----Original Message-----
>> **From:** Geoff Baker [mailto:gabaker@dowellbaker.com]
>> **Sent:** Monday, March 17, 2008 2:55 PM
>> **To:** Jonas, Jordan L. (Woodcock Washburn)
>> **Cc:** Samuels, Steven B. (Woodcock Washburn); Wolfsohn, David J. (Woodcock Washburn); Chappe, Marlene S. (Woodcock Washburn); Fisher@sw.com
>> **Subject:** RE: 2008-03-17-Defendants' Responses Objections to First Set of Document Requests.PDF
>>
>> Thanks, Jordan. Later today, I will file an agreed motion to amend the briefing dates.
>>
>> Geoffrey A. Baker
>> DOWELL BAKER, P.C.
>> 229 Randolph Street
>> Oak Park, IL 60302
>> Phone:   708-660-1413
>> Fax:     312-873-4466
>> Mobile:  708-707-8778
>> www.dowellbaker.com
>> This message is intended only for the named recipient(s) and may contain a confidential attorney-client communication and/or attorney work product. If you receive this message in

error, please contact the sender listed above and delete this e-mail from your computer.  Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.  Thank you.

**From:** Jonas, Jordan L. (Woodcock Washburn) [mailto:jjonas@woodcock.com]
**Sent:** Monday, March 17, 2008 1:43 PM
**To:** Geoff Baker
**Cc:** Samuels, Steven B. (Woodcock Washburn); Wolfsohn, David J. (Woodcock Washburn); Chappe, Marlene S. (Woodcock Washburn); Fisher@sw.com
**Subject:** RE: 2008-03-17-Defendants' Responses Objections to First Set of Document Requests.PDF

Geoff,

Please see the attached corrected responses.  The only change is in response to request number 4 - "Baxter" should have read "Abbott".

Because a protective order has not been entered in this case, we will be producing all documents "Confidential - Attorney's Eyes Only."  Please confirm that you will agree to receive the documents "Confidential - Attorney's Eyes Only" and that the documents will not be distributed or shown to CSSC.

Regards,
Jordan

> -----Original Message-----
> **From:** Geoff Baker [mailto:gabaker@dowellbaker.com]
> **Sent:** Monday, March 17, 2008 1:42 PM
> **To:** Wolfsohn, David J. (Woodcock Washburn)
> **Cc:** Samuels, Steven B. (Woodcock Washburn); Jonas, Jordan L. (Woodcock Washburn); Chappe, Marlene S. (Woodcock Washburn); Fisher@sw.com
> **Subject:** RE: 2008-03-17-Defendants' Responses Objections to First Set of Document Requests.PDF
>
> Thanks.
>
> Geoffrey A. Baker
> DOWELL BAKER, P.C.
> 229 Randolph Street
> Oak Park, IL 60302
> Phone:   708-660-1413
> Fax:       312-873-4466
> Mobile:  708-707-8778
> www.dowellbaker.com
> This message is intended only for the named recipient(s) and may contain a confidential attorney-client communication and/or attorney work product.  If you receive this message in error, please contact the sender listed above and delete this e-mail from your computer.  Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.  Thank you.
>
> **From:** Wolfsohn, David J. (Woodcock Washburn) [mailto:wolfsohn@woodcock.com]
> **Sent:** Monday, March 17, 2008 12:37 PM
> **To:** gabaker@dowellbaker.com
> **Cc:** Samuels, Steven B. (Woodcock Washburn); Jonas, Jordan L. (Woodcock Washburn); Chappe, Marlene S. (Woodcock Washburn); Fisher@sw.com
> **Subject:** Re: 2008-03-17-Defendants' Responses Objections to First Set of

Document Requests.PDF

Sure.
David J. Wolfsohn
Woodcock Washburn LLP
Cira Centre, 2929 Arch St.
Philadelphia, PA 19104

----- Original Message -----
From: Geoff Baker <gabaker@dowellbaker.com>
To: Wolfsohn, David J. (Woodcock Washburn)
Cc: Samuels, Steven B. (Woodcock Washburn); Jonas, Jordan L. (Woodcock Washburn); Chappe, Marlene S. (Woodcock Washburn); 'Ian Fisher' <Fisher@sw.com>
Sent: Mon Mar 17 13:32:04 2008
Subject: RE: 2008-03-17-Defendants' Responses Objections to First Set of Document Requests.PDF

David,

Thank you for your email.  As it turns out, due to Easter and Spring break, it would be most helpful to us to have until the following Monday, March 31 or even Tuesday, April 1 to respond.  We are happy to agree to whatever time that you need to reply.  Please let us know if you consent to April 1, 2008 and April 15, 2008 for the respective response and reply due dates.

Again, thank you for your consideration and cooperation.

Geoff

Geoffrey A. Baker
DOWELL BAKER, P.C.
229 Randolph Street

Oak Park, IL 60302
Phone:   708-660-1413
Fax:        312-873-4466
Mobile:  708-707-8778
www.dowellbaker.com

This message is intended only for the named recipient(s) and may contain a confidential attorney-client communication and/or attorney work product.  If you receive this message in error, please contact the sender listed above and delete this e-mail from your computer.  Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.  Thank you.

_____

From: Wolfsohn, David J. (Woodcock Washburn) [mailto:wolfsohn@woodcock.com]
Sent: Monday, March 17, 2008 12:00 PM
To: Geoff Baker
Cc: Samuels, Steven B. (Woodcock Washburn); Jonas, Jordan L. (Woodcock Washburn); Chappe, Marlene S. (Woodcock Washburn); Ian Fisher

Subject: 2008-03-17-Defendants' Responses Objections to First Set of Document Requests.PDF

Geoff:  Attached please find the defendants' responses and objections to plaintiff's first set of document requests.  We will later today send you responsive documents, and may be producing some to you tomorrow.  You have requested an extension in which to file your brief.  We are willing to consent to an additional week for your brief, provided that our reply brief would be extended an additional week as well, in other words that your brief be due on March 25 and our reply on April 8.  -- David