Michael S. Goetter
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 94

1            MR. BAKER:  You got to use
2       it.
3            MR. WOLFSOHN:  It's in the
4       back.
5            THE WITNESS:  It would
6       require me to spend what I would
7       consider a considerable amount of
8       time reviewing e-mails, documents,
9       other files.
10  BY MR. BAKER:
11       Q.   Okay.  Would it be fair
12  enough to say you can narrow it down by
13  roughly the date of the conference?
14       A.   If I remembered exactly what
15  the dates of the conference were, maybe.
16  But, there again, that still requires and
17  extensive e amount of searching.
18       Q.   Okay.  I don't have any
19  further questions.  I appreciate your
20  time.
21            MR. BAKER:  I do want to go
22       through a number of items that
23       appear to be potential documents
24       that exist that I'm just going to

Esquire Deposition Services, LLC.
DC 1-800-441-3376   MD 1-800-539-6398   VA 1-800-752-8979

8b7c1ea9-9e01-4b71-bf24-fa71c2540d28

Page 95

1   ask Counsel to make a reasonable
2   search for, some of which you've
3   already said existed and it would
4   be relatively easy to produce,
5   some of which, as you just
6   testified, may take some effort.
7   And those are the customer list
8   for the MODA EM Solution both
9   actual customers and potential
10  customers, or documents that
11  reflect that information; the
12  price spreadsheet that you
13  referred to regarding pricing for
14  the MODA EM Solution.
15          You had testified about
16  presentation slides for the MODO
17  EM Solution presentations.  I
18  don't need them all, but I'd like
19  a representative copy or maybe
20  representative copies, if there
21  are massive differences in some of
22  them.  The executable and other
23  contents from the demo laptop that
24  was actually at the Pittcon 2007

Page 96

1  conference in Chicago, to the
2  extent that they exist, written
3  agreements between MODA Technology
4  Partners and the business partners
5  listed on its website, in
6  particular, Agalloco -- am I
7  saying that right this time?
8           THE WITNESS:  Agalloco, yes.
9           MR. BAKER -- Associates and
10 Becton Dickinson, and written
11 correspondence between MODA
12 Technology Partners, meaning its
13 employees, etcetera, between MODA
14 Technology Partners and Abbott and
15 also between MODA Technology
16 Partners and Baxter to the extent
17 that correspondence relates
18 directly to the MODA EM Solution.
19          Last one, in case I didn't
20 say this specifically, any written
21 notes or memoranda related to the
22 Pittcon 2007 conference in
23 Chicago, including any e-mail
24 correspondence with Pittcon and

Michael S. Goetter
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 97

1  any e-mail correspondence inside
2  of MODA Technology Partners
3  related to the Pittcon 2007
4  conference in Chicago.  That's it.
5          I have no doubt you will
6  have objections to those.  If you
7  want to put them written form
8  later, that's fine.
9          MR. WOLFSOHN:  I think the
10 appropriate thing for you to do is
11 do a document request.
12         MR. BAKER:  I'm happy to do
13 that.
14         MR. WOLFSOHN:  We will
15 respond.
16         MR. BAKER:  I want to make
17 sure you understand right now what
18 we want and I'll be happy to get
19 that to you.
20         MR. WOLFSOHN:  I don't
21 understand.
22         MR. BAKER:  Well, she just
23 wrote it down, so we will make
24 sure we get it to you.

Esquire Deposition Services, LLC.
DC 1-800-441-3376   MD 1-800-539-6398   VA 1-800-752-8979

8b7c1ea9-9e01-4b71-bf24-fa71c2540d28