IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMPLIANCE SOFTWARE SOLUTIONS, CORPORATION, ) ) ) | |
| Plaintiff, ) ) | Case No.: 07-CV-6752 |
| v. ) ) | Judge Manning |
| ) | Magistrate Judge Nolan |
| MODA TECHNOLOGY PARTNERS, INC., ) MICHAEL S. GOETTER, STEVEN P. ) MELICK and ANEXINET CORP. ) ) | JURY TRIAL REQUESTED |
| Defendants. ) | |

**PLAINTIFF'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS**

Plaintiff Compliance Software Solutions Corporation ("CSSC"), pursuant to Rules 1 and 34 Fed.R.Civ.P. and the directions of the Honorable Blanche Manning in this action, respectfully requests that Defendants Moda Technology Partners, Inc., Michael S. Goetter and Steven P. Melick (collectively "Defendants") respond to the following requests for the production of documents and things and produce true and accurate copies of the requested documents and things to Plaintiffs counsel at the address below no later than March 13, 2008.

**REQUEST NO. 1:**   All documents evidencing, or tending to evidence, any activity of Defendants in or related to the State of Illinois, including, but not limited to, commercial activity, including, but not limited to, the sale and/or marketing of any Moda product or service.

**REQUEST NO. 2:**   All documents evidencing, or tending to evidence, any of the information identified at the deposition of Michael S. Goetter on February 27, 2008 related to commercial activity of Defendants, including, but not limited to, the sale and/or marketing of any Moda product or service.

2

**REQUEST NO. 3:** All documents evidencing, or tending to evidence, any of the information identified at the deposition of Steven P. Melick on February 27, 2008 related to commercial activity of Defendants, including, but not limited to, the sale and/or marketing of any Moda product or service.

**REQUEST NO. 4:** All documents evidencing, or tending to evidence, any of the information identified at the depositions of Michael S. Goetter on February 27, 2008 related to commercial activity of Defendants, including, but not limited to, the specific items identified on the record and summarized at pages 94:21-97:4. *See* Ex. A, Goetter Dep. Tr. rough draft.

Date: February 28, 2008      Respectfully submitted,

/s/ Geoffrey A. Baker
Geoffrey A. Baker
Anthony E. Dowell
DOWELL BAKER, P.C.
229 Randolph Street
Oak Park, IL 60302
(708) 660-1413
(312) 873-4466 (facsimile)
**Attorneys for Plaintiff**
**Compliance Software Solutions Corp.**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2008, I served via email a true and accurate copy of the foregoing PLAINTIFF'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS on the following counsel for Defendants:

David J. Wolfsohn
Woodcock Washburn, LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891
wolfsohn@woodcock.com
Counsel for MODA Technology Partners, Inc.
and Messrs. Goetter and Melick