IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COMPLIANCE SOFTWARE SOLUTIONS, CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 07-CV-6752 |
| v. | ) ) | Judge Manning |
| | ) | Magistrate Judge Nolan |
| MODA TECHNOLOGY PARTNERS, INC., MICHAEL S. GOETTER, STEVEN P. MELICK and ANEXINET CORP. | ) ) ) ) | JURY TRIAL REQUESTED |
| Defendants. | ) | |

## NOTICE OF MOTION

To counsel of record as indicated on attached service list:

Please Take Notice that on Tuesday, April 8, 2008 at 11:00 a.m. or as soon thereafter as counsel may be heard, Plaintiff shall appear before the Honorable Blanche Manning in the courtroom usually occupied by her in the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, 21st Floor, Chicago, Illinois, to present Defendants' MOTION TO COMPEL AND TO ENLARGE TIME TO RESPOND.

Dated: April 2, 2008                                  Respectfully submitted,


/s/ Geoffrey A. Baker
Geoffrey A. Baker
Anthony E. Dowell
DOWELL BAKER, P.C.
229 Randolph Street
Oak Park, IL 60302
(708) 660-1413
(312) 873-4466 (facsimile)
**Attorneys for Plaintiff**
**Compliance Software Solutions Corp.**

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2008, I electronically filed the foregoing NOTICE OF MOTION with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which in turn served Defendants via email as follows:

David J. Wolfsohn
Woodcock Washburn, LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891
wolfsohn@woodcock.com
Counsel for MODA Technology Partners, Inc.
and Messrs. Goetter and Melick

/s/ Geoffrey A. Baker