# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMPLIANCE SOFTWARE SOLUTIONS, CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> MODA TECHNOLOGY PARTNERS, INC., MICHAEL S. GOETTER, STEVEN P. MELICK and ANEXINET CORP., <br><br> Defendants. | Civil Action No. 07-CV-6752 <br><br> Judge Manning <br> Magistrate Judge Nolan |

**SECOND DECLARATION OF STEVEN P. MELICK PURSUANT TO 28 U.S.C. § 1746
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION**

I, Steven P. Melick, based on personal knowledge, hereby declare:

1. I am employed by MODA Technology Partners, Inc. as its president.

2. I have reviewed the documents MODA produced on March 31, 2008. There is no correspondence between Abbott Laboratories and MODA in these documents.

3. There are references to "AB" in the documents produced on March 31, 2008. "AB" refers to Applied Biosystems. Applied Biosystems is a business partner of MODA. Applied Biosystems is not located in Illinois. "AB" does not refer to Abbott Laboratories.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on: 4/7/2008

_____
Steven P. Melick

# EXHIBIT 2

Michael S. Goetter
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

```
 1     FOR THE NORTHERN DISTRICT OF ILLINOIS
 2              EASTERN DIVISION
 3                   - - -
 4   COMPLIANCE SOFTWARE   :  CIVIL ACTION
     SOLUTIONS CORPORATION:
 5        v.              :
     MODA TECHNOLOGY       :  NO. 07-CV-6752
 6   PARTNERS, INC.,       :
     MICHAEL S. GOETTER,   : CONFIDENTIAL
 7   STEVEN P. MELICK and  :ATTORNEYS' EYES
     ANEXINET CORPORATION.:      ONLY
 8
                   - - -
 9            February 27, 2008
                   - - -
10
11            Oral deposition of MICHAEL
12   S. GOETTER taken pursuant to notice, was
13   held at the law offices of WOODCOCK
14   WASHBURN, LLP, Cira Centre, 12th Floor,
15   2929 Arch Street, Philadelphia,
16   Pennsylvania beginning at 9:35 a.m., on
17   the above date, before Terri L.
18   Ochipinti, a Professional Reporter and
19   Commissioner of Deeds in the Commonwealth
20   of Pennsylvania.
21                  - - -
22       ESQUIRE DEPOSITION SERVICES
              Four Penn Center
23      1600 John F. Kennedy Boulevard
                 12th Floor
24     Philadelphia, Pennsylvania 19103
               (215) 988-9191
```

Michael S. Goetter
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 68

1     Q.    Did you have a laptop
2  computer with you?
3     A.    Yes.
4     Q.    Are the presentation slides
5  on the laptop computer?
6     A.    That's what I'm not entirely
7  clear on.  The laptop that I might have
8  had at Pittcon was a demonstration on the
9  laptop.  It might have had the slides on
10 it; it might not have.
11    Q.    What was on the
12 demonstration laptop?
13    A.    That was the MODA EM
14 Solution component.
15    Q.    And I apologize.  I'm not a
16 computer savvy guy.  When you say it has
17 the MODA EM Solution component on it,
18 what do you mean by that?
19    A.    It would have had, at the
20 time, version 2.2 of the MODA EM Server,
21 MODA Admin and MODA Field Data Capture,
22 and a 1.0 version of MODA VIP.
23    Q.    Did you use this demo laptop
24 during the Pittcon conference in your

Page 69

1   discussions with conference attendees?
2         A.   I would have used that demo
3   laptop to show that trends chart that I
4   showed.  That's what I remember showing.
5   I don't remember if I used that to show
6   any other product features to anyone
7   else.
8         Q.   It was available to you,
9   though, that demo laptop, at the Pittcon
10  2007 conference?
11        A.   It was available.
12        Q.   Why did you choose to bring
13  this demo laptop to the Pittcon 2007
14  conference in Chicago?
15        A.   I chose to bring it in case
16  there were product features that I might
17  need to show.
18        Q.   Was the demo laptop yours or
19  could any of the three of you,
20  Mr. Desiderio or Shemanski, could any of
21  the three of you use the demo laptop?
22        A.   It was a company laptop,
23  yes.
24        Q.   So it was also available to

Michael S. Goetter
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 70

```
 1   Mr. Desiderio and Mr. Shemanski to
 2   demonstrate different features of the
 3   MODA EM Solution; is that accurate?
 4         A.   Yes.  But it is -- but I
 5   don't know if they actually did
 6   demonstrate anything or not.
 7         Q.   Thank you.  I'm not asking
 8   you that.  I'm asking whether it was
 9   available for them to do so.
10         A.   It would have been
11   available.
12         Q.   But you say you don't recall
13   them doing it or not doing it?
14         A.   Correct.
15         Q.   I'm assuming the demo laptop
16   still exists?
17         A.   No, I don't believe so. I
18   believe that was sometime middle of last
19   year converted to a developer laptop.
20              MR. WOLFSOHN:  Converted to
21         what?
22              THE WITNESS:  Developer
23         laptop.
24   BY MR. BAKER:
```