**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Compliance Software Solutions, Corporation
                                            Plaintiff,

v.                                          Case No.: 1:07−cv−06752
                                            Honorable Blanche M. Manning

Moda Technology Partners, Inc., et al.
                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 8, 2008:

MINUTE entry before Judge Honorable Blanche M. Manning: Motion hearing held on 4/8/2008. Plaintiff's motion for extension of time to file response to defendants' motion to dismiss for lack of jurisdiction[12] is granted. Response shall be filed by 5/2/2008. On plaintiff's motion to compel [23], reply to be filed by 4/22/2008. Status hearing set for 5/29/2008 at 11:00 AM. This case is referred to Magistrate Judge Nolan for discovery supervision, ruling on all nondispositive pretrial motions, including plaintiff's motion to compel, as well as settlement discussions at the appropriate time. Magistrate Judge Nolan may reset the response date set by this court on the defendant's motion to dismiss.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.