**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Compliance Software Solutions, Corporation
                                                    Plaintiff,

v.                                                  Case No.: 1:07−cv−06752
                                                    Honorable Blanche M. Manning

Moda Technology Partners, Inc., et al.
                                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 21, 2008:

    MINUTE entry before Judge Honorable Nan R. Nolan:At counsel's telephonic request, Initial status and Plaintiffs' Motion to Compel and Enlarge Briefing Schedule [23] set for 04/29/08 is stricken and reset to 05/01/08 at 9:00 a.m. Plaintiffs' reply brief initially due 04/22/08 is extended to 04/24/08. No appearance is required on 04/29/08.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.