## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Compliance Software Solutions, Corporation
                                    Plaintiff,

v.                                  Case No.: 1:07−cv−06752
                                    Honorable Blanche M. Manning

Moda Technology Partners, Inc., et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 5, 2008:

  MINUTE entry before Judge Honorable Blanche M. Manning: The court's order dated April 8, 2008 [26−1] is amended to include the following: Defendants' reply in support of the motion to dismiss [12−1] is due May 16, 2008.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.