IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COMPLIANCE SOFTWARE SOLUTIONS, CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 07-CV-6752 |
| v. | ) ) | Judge Manning |
| | ) | Magistrate Judge Nolan |
| MODA TECHNOLOGY PARTNERS, INC., MICHAEL S. GOETTER, STEVEN P. MELICK and ANEXINET CORP. | ) ) ) ) | JURY TRIAL REQUESTED |
| Defendants. | ) | |

DECLARATION OF GEORGE LEVINSON

I, George Levinson, declare as follows:

1. My name is George Levinson. I am a resident of Illinois. I make these statements of my own personal knowledge.

2. I make these statements in support of Plaintiff Compliance Software Solutions Corp.'s ("CSSC") opposition to Defendants' motion to dismiss for lack of personal jurisdiction.

3. I have worked in the pharmaceutical and medical device fields for 25 years. My experience in the pharmaceutical and medical device fields includes senior sales and marketing management positions with American Hospital Supply Corporation, Baxter Healthcare Corporation, G.D. Searle Pharmaceuticals, and UreSil, L.P. I have also held senior management positions for two early-stage venture capital funded medical device companies. In addition I managed a consulting practice specializing in creating business development strategies and marketing plans for pharmaceutical and medical device companies, prior to starting Compliance

Software Solutions Corp. I am currently a faculty member of both the Parenteral Drug Association's Training and Research Institute ("PDA-TRI"), and the Aseptic Training Institute, LLC ("ATI"). I teach courses in electronic data management and data automation for the microbiology laboratory for attendees from pharmaceutical and biotechnology companies. I have written articles on these same subjects that have been published by industry periodicals, and have authored a chapter in an industry textbook, as well.

4. I am currently the President of CSSC. CSSC is in the business of developing, marketing and selling proprietary software and related licenses and service.

5. CSSC's proprietary software has copyright protection. The validity of CSSC's copyrights has been recognized by ImClone and The Sycamore Group – specifically Defendant Steven P. Melick in his role as an officer of The Sycamore Group.

6. Certain applications of CSSC's proprietary software also have patent protection under United States Patent No. 6,904,370 (the "370 patent"). I am one of the named inventors of the 370 patent. *See* Ex. D to Amended Complaint.

7. In my role at CSSC, I regularly attend trade shows, industry conferences and make sales presentations. Essentially, my role distills down to marketing and selling CSSC's proprietary software and related services. To market CSSC's products and services, I regularly attend events like the Pittcon conference.

8. Pittcon is the world's premier conference and exposition devoted to laboratory science. In 2007, Pittcon was held at McCormick Place in Chicago from February 26, 2007 through March 1, 2007. In the words of the Pittcon 2007 Exposition Chairperson, Pittcon 2007 was "a showcase of the latest products and services available in analytical chemistry and applied spectroscopy, and which are applicable to a very broad spectrum of areas, such as bioanalytical

chemistry, pharmaceutical chemistry, nanotechnology, environmental, forensic and food analysis, homeland security, and many others." *See* Ex. 1, A Message From the Exposition Chairman, http://www.pittcon.org/archive/2007/exposition/index.html.

9.  CSSC did not attend Pittcon 2007. However, I have reviewed the Pittcon 2007 website, including the specific references to Defendants Moda Technology Partners, Inc. ("MODA")[1] and the products and services that they exhibited at Pittcon 2007. I also have general familiarity with Pittcon from my 25 years of experience in the pharmaceutical and medical device fields.

10. According to the Pittcon 2007 website, Defendant MODA exhibited at Pittcon 2007. *See* Ex. 2, Exhibitor List Search Results for the term "MODA tech", http://iebms.pittcon.org/iebms1610/oep/oep_p1_exhibitors.aspx?keyword=MODA+tech&searchtype=EXACT&sessionid=fe6fh2fcmfapfepfhp. MODA described itself in the following words, according to the Pittcon 2007 website:

> We are a software company focused on the growing need for effective automation and efficient regulatory compliance within the biopharmaceutical manufacturing industry. MODA-EM(tm) is an innovative software and hardware solution that improves the performance of environmental monitoring (EM) operations by eliminating the inefficiencies and reducing error rates inherent with manual, paper-based systems. The system delivers a tangible return on investment by removing low value and redundant activities from EM processes and improving the quality of EM data.

*Id.* MODA-EM is the very software that CSSC accuses of infringement in this action. To learn more about MODA's infringing software, one only needs to make two more clicks on the Pittcon 2007 website to arrive at MODA's website. *See* Ex. 3, Exhibitor Details, http://iebms.pittcon.org/iebms1610/oep/oep_p2_details.aspx?sessionid=fe6fh2fcmfapfepfhp&sea

---

[1] MODA is one of CSSC's two primary competitors. I have general familiarity with MODA's product offerings. I also am familiar with Defendants Goetter and Melick, including from settling a copyright infringement action with their former company, The Sycamore Group. *See* Exs. B and C to Amended Complaint.

3

rchtype=EXACT&keyword=MODA+tech&OrderNbr=6172. At MODA's website, one quickly and easily learns about MODA's infringing products. *Id.*

11. In addition to the opportunity and ability of Illinoisans' to learn about MODA's infringing products on the MODA website or at Pittcon 2007, I am aware of MODA presentations of the infringing software here in Illinois.

12. On March 4, 2008 I received an unsolicited e-mail from an Abbott Laboratories manager. *See* Ex. 4, 3/4/08 email from R. Comein to G. Levinson. Ms. Comein is Lake County Sterilization Technology Manager, Global Pharmaceutical Operations for Abbott Laboratories ("Abbott") in North Chicago, Illinois. In her email, Ms. Comein requested information related to CSSC's proprietary software, including a web demonstration.

13. I recognized Ms. Comein's name from another company we had had discussions with, and met with several years ago. She was formerly the Associate Director of Microbiology at American Pharmaceutical Partners ("APP") in Melrose Park, Illinois. I decided to follow-up her e-mail with a call to see if she remembered our product, the company, and meeting me in the past. I called her on March 4, the same day that I received her email. Ms. Comein called me back either that day or the following day. We spoke at great length.

14. Ms. Comein remembered CSSC, our software and me from her days at APP. She told me that she is now heading an Abbott Council based in North Chicago, Illinois. The Abbott Council, Ms. Comein explained, is comprised of a number of managers from various Abbott Microbiology Departments researching standardization of a data management application for the entire Abbott Laboratories corporation.

15. It was clear from Ms. Comein that the decision making for the specifications for and the purchase of the application to be used by Abbott would occur in Illinois. She further told me that

we were the last of the three vendors that they were evaluating in the Abbott decision making process. MODA, according to Ms. Comein had already presented its products and services to Abbott. Novatek, the only other main competitor to MODA and CSSC, had also presented its products and services to Abbott.

16. After Ms. Comein and I spoke, CSSC made an initial presentation of its proprietary software to Abbott. That presentation occurred on March 13, 2008.

17. On April 8, 2008, Ms. Comein contacted me again requesting another CSSC presentation. We are planning that presentation with her and the rest of the Abbott Council.

18. The presentation that CSSC made to Abbott was, by any definition, a sales presentation. Our goal was and remains to sell Abbott the right to use our proprietary software, and the related licenses and services.

19. Based on my dealings with Ms. Comein, it is clear to me that Abbott expects all of the companies vying for the Abbott business to make detailed sales presentations. It is further clear to me that MODA already made its presentations to Abbott.

20. In addition to Abbott, other companies in the pharmaceutical and medical device fields regularly request detailed sales presentations from CSSC, MODA and Novatek.

21. On January 2, 2008, I spoke to Marge Smith from Covidien, Ltd.'s Mallinckrodt Pharmaceutical Products division (formerly Tyco Healthcare / Mallinckrodt) ("Covidien"), headquartered in Hazelwood, Missouri. Ms Smith informed me that Covidien wanted to standardize their environmental data management software system throughout all of their manufacturing facilities. She explained to me that Covidien wanted to evaluate CSSC's proprietary software (e.g., CSSC's MIMS application) for that purpose. Ms. Smith also informed me that Covidien was evaluating the counterpart software from MODA. Again, CSSC

accuses MODA's software of copyright and patent infringement. Ms. Smith also indicated that the third market competitor, Novatek, was being evaluated as part of their decision making process.

22. Ms. Smith also informed me that, after a Confidentiality Agreement was executed, Covidien would release their User Requirements Specifications ("URS") for the software application to the respective vendor. Covidien then expected CSSC, MODA and Novatek to come to Hazelwood, MO and make a detailed sales presentation related to their respective software applications and to address the organizational/departmental needs outlined in the URS.

23. Covidien organized a committee to review the responses to the URS, and a number of those representatives would be in attendance at the vendor presentations. In advance of the paperwork, on January 4, 2008, I was notified that CSSC was scheduled to present our software application on Monday, January 21, 2008 from 12:30 PM until 5:00 PM (CST). We were also informed at this time that MODA and Novatek would each have a comparable amount of time to present their software applications on Tuesday, January 22, 2008 and Wednesday, January 23, 2008. CSSC received a fully executed copy of the Confidentiality and Non-Disclosure Agreement on January 9, 2008. On January 10, 2008, we received a copy of the URS. On Monday, January 21, 2008 my partner, Tim Joyce and I gave CSSC's detailed sales presentation in response to the URS at Covidien's 900 Hornet Drive, Hazelwood, MO site to approximately 15 members of the Covidien committee. To the best of my knowledge, understanding and belief, MODA and Novatek presented their software on each of the following two days.

I make the foregoing statements, which are true and accurate and of my own personal knowledge, under penalty of perjury and would testify under oath in accord with this declaration if called to do so.

DATED: May 9, 2008

*George Levinson*
George Levinson