

### Exposition



## A Message from the Exposition Chairman

**Exposition -- Monday, February 26 through Wednesday, February 28, 2007; 9:00 AM - 5:00 PM**
**Thursday, March 1, 2007; 9:00 AM - 3:00 PM**

Welcome to the Pittcon®2007 Exposition page. The 2007 Exposition will be a showcase of the latest products and services available in analytical chemistry and applied spectroscopy, and which are applicable to a very broad spectrum of areas, such as bioanalytical chemistry, pharmaceutical chemistry, nanotechnology, environmental, forensic and food analysis, homeland security, and many others.

Please visit this page regularly to learn about the exhibiting companies and their products and services and also their locations on the exhibit floor. The complete directory of exhibiting companies, including descriptions of equipment to be displayed will be available on this site in October 2006. In addition, this site will feature an Agenda Builder, a valuable tool to aid in planning your visit to Pittcon®2007.

The Exposition Committee looks forward to working with you to make Pittcon 2007 a successful show for you.  Please send us your questions, concerns, or comments via email to expo@pittcon.org.

Sincerely,

Resa B. Stauffer
Exposition Chairman

View Privacy Statement

© Copyright 2008, The Pittsburgh Conference on Analytical Chemistry and Applied Spectroscopy, Inc.
300 Penn Center Blvd, Suite 332
Pittsburgh, PA 15235-5503
412-825-3220