

**Pittcon Home**
› www.pittcon.org

**Exhibitor Services**
› Profile Editor
› Promotional Opportunities
› Housing & Transportation

**Attendee Services**
› Attendee Information
› Short Courses
› Technical Program

**View Exhibitors**
› Search
› All Exhibitors

**Keyword Search**
MODA tech
Exact Phrase   GO

**Search By Company**
A B C D E F G
H I J K L M N
O P Q R S T U
V W X Y Z
› Others

**Search By Product**
› Search

**Search By Country**
› Search

**Exhibitor List**

**General Information**
**Event:** PITTCON 2007
**Event Dates:** Monday, February 26, 2007 09:00 AM - Thursday, March 1, 2007 03:00 PM

**Searching On: Keyword** - EXACT - MODA tech

**Exhibitor Search Results (1)**
Below you will find exhibitors based on the search listed below, click on exhibitor name for more details.

| Exhibitor Name | Booth | Company Information |
|---|---|---|
| Moda Technology Partners | 551 | We are a software company focused on the growing need for effective automation and efficient regulatory compliance within the biopharmaceutical manufacturing industry. MODA-EM(tm) is an innovative software and hardware solution that improves the performance of environmental monitoring (EM) operations by eliminating the inefficiencies and reducing error rates inherent with manual, paper-based systems. The system delivers a tangible return on investment by removing low value and redundant activities from EM processes and improving the quality of EM data. |

*For assistance using our on-line exhibitor profile please contact our Communication Technology Specialist at 1-800-825-3221 ext. 209 or email: support@pittcon.org*