

**Pittcon Home**
› www.pittcon.org

**Exhibitor Services**
› Profile Editor
› Promotional Opportunities
› Housing & Transportation

**Attendee Services**
› Attendee Information
› Short Courses
› Technical Program

**View Exhibitors**
› Search
› All Exhibitors

**Keyword Search**
MODA tech
Exact Phrase   GO

**Search By Company**
A B C D E F G
H I J K L M N
O P Q R S T U
V W X Y Z
› Others

**Search By Product**
› Search

**Search By Country**
› Search

**Exhibitor Details**

**Event:** PITTCON 2007
**Event Dates:** Monday, February 26, 2007 09:00 AM - Thursday, March 1, 2007 03:00 PM

**Searching On:** Keyword - EXACT - MODA tech

**Exhibitor**
Below you will find information found for selected exhibitor.
**Name:** Moda Technology Partners
**Address:** 1255 Drummers Lane, Suite 202
Wayne, PA
19087
United States
**Booth:** 551
**Phone:** 484-253-1000
**E-Mail:** btoal@modatp.com
**Web:** http://www.modatp.com

*For assistance using our on-line exhibitor profile please contact our Communication Technology Specialist at 1-800-825-3221 or email: support@pittcon.org*