## Geoff Baker

| | |
|---|---|
| **From:** | George M. Levinson [glevinson@csoftsol.com] |
| **Sent:** | Friday, May 09, 2008 9:15 AM |
| **To:** | 'Geoff Baker' |
| **Cc:** | 'Timothy P. Joyce' |
| **Subject:** | FW: please send me some information on your MIMS system for Environmental Monitoring, thank you |

**From:** Robin A Comein [mailto:robin.comein@abbott.com]
**Sent:** Tuesday, March 04, 2008 3:16 PM
**To:** George M. Levinson
**Cc:** 'Lindsey Olmstead'
**Subject:** RE: please send me some information on your MIMS system for Environmental Monitoring, thank you


George

We would like to have a WebEx demo of the system presented to our group next Thursday 3/13 at 8am CST (since the timechange will not have occurred worldwide yet).  This presentation will be to Microbiology Lab Mangers worldwide at Abbott (addresses below).  Please feel free to call me with any questions.  Thank you,

Bridget Gordon
 Antonio Pompeo
Laura Tancioni
 Theresa Jones
robin comein
wolgang koerwer
laura borbolla

jean wilcox
frank adair
javier medina

la rodriguez

antonia perez

 all of the abovie are in the format:  name first name.last name @abbott.com

eneng.nurlela@abbott.com   (Indonesia)

hironori.kobayashi@abbott.com  (Japan)

junhong.huang@abbott.com    (China)

vibha.swar@abbott.com   (India)

amir.tufail@abbott.com   (Pakistan)

---

**Robin A Comein**
Lake County Sterilization Technology Manager
Global Pharmaceutical Operations

Abbott Laboratories
1401 Sheridan Road
086P/046T/048F/04AA/R1B

North Chicago, IL 60064

Office 847-937-3523
Fax 847-938-0127
Cellular 847-772-3310

robin.comein@abbott.com



This communication may contain information that is proprietary, confidential, or exempt from disclosure. If you are not the intended recipient, please note that any other dissemination, distribution, use or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

5/9/2008