**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Compliance Software Solutions, Corporation
                                            Plaintiff,

v.                                          Case No.: 1:07−cv−06752
                                            Honorable Blanche M. Manning

Moda Technology Partners, Inc., et al.
                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 23, 2008:

    MINUTE entry before the Honorable Blanche M. Manning: Plaintiff Compliance Software Solutions Corporation has submitted to the court under seal a group of documents related to a trade show that occurred in Chicago. The documents are an exhibit to the plaintiff's response in opposition to the defendants' motion to dismiss, but there is no protective order in place permitting the filing of documents under seal.Accordingly, the documents are stricken and may be retrieved by the plaintiff from the court's minute clerk. The court will rule on the motion to dismiss without the benefit of the documents submitted under seal unless no later than June 5, 2008, the plaintiff either (1) files the documents as an addendum to its response with the clerk of court and not under seal, or (2) obtains a protective order and files the documents with the clerk of court under seal as an addendum to its response brief.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.