# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Compliance Software Solutions, Corporation
                                          Plaintiff,

v.                                        Case No.: 1:07−cv−06752
                                          Honorable Blanche M. Manning

Moda Technology Partners, Inc., et al.
                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 9, 2008:

    MINUTE entry before the Honorable Nan R. Nolan: Status hearing held and continued to 9/2/2008 at 09:30 AM. Defense counsel is to appear by phone. Mailed notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.