# United States District Court

## Northern District of Illinois
Eastern Division

Compliance Software Solutions, Corp     **JUDGMENT IN A CIVIL CASE**

      v.                                 Case Number: 07 C 6752

Moda Technology Partners, Inc., et al

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the defendants' MODA, Mr. Melick, and Mr. Goetter motion to dismiss the claim against them [12] pursuant to Federal Rule of Civil Procedure 12(b)(2), the due process clause of the federal constitution, and the Illinois long-arm statute is granted.

                                                  Michael W. Dobbins, Clerk of Court

Date: 7/31/2008                           _____

                                                  /s/ Robbie Southern, Deputy Clerk